**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                                           )
In re                                          )
                                                           )      Chapter 11
AMERICAN SAFETY                )
RAZOR COMPANY, LLC, et al.,1     )      Case No. 10-12351 (MFW)
                                                           )
      Debtors.                      )      Jointly Administered
                                                           )
---------------------------------------------------------x

**NOTICE OF AGENDA FOR FIRST DAY HEARING AND**
**INDEX OF FIRST DAY PLEADINGS SCHEDULED FOR JULY 30, 2010 AT 1:00 P.M.**

    **A.**    **VOLUNTARY PETITIONS AND FIRST DAY AFFIDAVIT**

        1.    Voluntary Petition of American Safety Razor Company, LLC (Docket No. 1);

        2.    Affidavit of J. Andrew Bolt, Executive Vice President and Chief Financial Officer of American Safety Razor Company, LLC, and Vice President of the other Debtors, in Support of the First Day Motions (Docket No. 4).

    **B.**    **FIRST DAY MOTIONS**

        3.    Debtors' Motion for an Order Directing the Joint Administration of their Chapter 11 Cases (Docket No. 5);

        4.    Debtors' Application for Entry of Order Approving the Employment and Retention of Kurtzman Carson Consultants LLC as Notice, Claims and Solicitation Agent *Nunc Pro Tunc* to the Petition Date, Pursuant to Section 156(c) of the Judicial Code and Rule 2002-1(f) of the Local Bankruptcy Rules (Docket No. 6);

---

1    The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: American Safety Razor Company, LLC (0207), American Safety Razor Corporation (5475), ASR Holdings, Inc. (6509), Blade Acquisition Company (2053), Industrias Manufactureras ASR de Puerto Rico, Inc. (4894), Megas Beauty Care, Inc. (0321), Megas de Puerto Rico, Inc. (3065), Personna International de Puerto Rico, Inc. (0814), RSA Holdings Corp. of Delaware (3029), RSA Soap Company, Inc. (7635), and Valley Park Realty, Inc. (3691). The following entities are non-debtor foreign affiliates of the Debtors: American Safety Razor Australia Pty Limited; American Safety Razor do Brasil Ltda.; American Safety Razor of Canada Limited; ASR Exportacao, Importacao, Comercio e Industria de Produtos de Barbear Ltda; Personna International CZ s.r.o.; Personna International de Mexico, S.A. de C.V.; Personna International Israel Ltd.; Personna International Limited; Personna International UK Limited; Personna International UK Ltd; and Wolco Holland BV. The corporate address of American Safety Razor Company, LLC is 240 Cedar Knolls Road, Cedar Knolls, NJ 07927.

5. Debtors' Motion for Entry of an Order (A) Authorizing Debtors to Continue Prepetition Insurance Coverage and Enter into New Insurance Policies and (B) Authorizing and Directing Financial Institutions to Honor Related Checks and Electronic Payment Requests Relating Thereto (Docket No.7);

6. Debtors' Motion for an Order Authorizing the Payment of Prepetition Employee Wages, Benefits, Business Expenses and Related Items (Docket No. 8);

7. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay or Honor Prepetition Obligations to Certain Common Carriers and Other Lien Claimants and (B) Authorizing and Directing Financial Institutions to Honor All Related Check and Electronic Payment Requests (Docket No. 9);

8. Debtors' Motion For Entry of an Order (A) Authorizing Debtors to Honor Certain Prepetition Obligations Under Customer Programs, and (B) Authorizing and Directing Financial Institution to Honor All Related Checks and Payment Requests Made Relating to the Foregoing (Docket No. 10);

9. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (B) Authorizing and Directing Financial Institutions to Honor all Related Check and Electronic Payment Requests (Docket No. 11);

10. Debtors' Motion Seeking Entry of a Declaratory Order Enforcing Sections 362 and 525 of the Bankruptcy Code (Docket No. 12);

11. Debtors' Motion, Pursuant to Sections 105(a), 362 and 541 of the Bankruptcy Code, for Entry of an Order Establishing Notice and Hearing Procedures for Trading in Equity Interests in the Debtors (Docket No. 13);

12. Debtors' Motion for Entry of an Order (A) Authorizing, but not Requiring, the Debtors to Remit and Pay Sales, Use, and Franchise Taxes and Certain Other Government Charges; and (B) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing (Docket No. 14);

13. Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services (Docket No. 15);

14. Motion of the Debtors and Debtors In Possession For Entry of Interim and Final Orders Authorizing Debtors to (I) Continue Use of Existing Bank Accounts and Business Forms; (II) Open New Debtor In Possession Accounts; and (III) Continue Conducting Ordinary Course Intercompany Transactions (Docket No. 16); and

15. Motion of the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Liens and Providing Super-Priority Administrative Expense Status; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Scheduling Interim and Final Hearings (Docket No. 17).

Dated: July 28, 2010
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

/s/ Andrew C. Kassner
Andrew C. Kassner (DE 4507)
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

– and –

Mark Thompson (*pro hac vice* admission pending)
Elisha D. Graff (*pro hac vice* admission pending)
Morris J. Massel (*pro hac vice* admission pending)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Proposed Attorneys for the Debtors
and Debtors in Possession*