**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
: )
In re : )
: ) Chapter 11
: )
AMERICAN SAFETY : )
RAZOR COMPANY, LLC, et al.,[1] : ) Case No. 10-12351 (MFW)
: )
    Debtors. : ) Jointly Administered
: )
---------------------------------------------------------x    Re: Docket Nos. 9, 11, 13, 15, 17, 27, 29, 30, 31, 32, 33, 51, 53, 55, 57, 58 and 59

## OMNIBUS NOTICE OF PLEADINGS AND HEARING THEREON

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) THE DEBTORS' 30 LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS, AS IDENTIFIED IN THEIR CHAPTER 11 PETITIONS; (C) COUNSEL TO THE ADMINISTRATIVE AGENT UNDER THE FIRST LIEN SENIOR SECURED CREDIT FACILITY; (D) COUNSEL TO THE ADMINISTRATIVE AGENT UNDER THE SECOND LIEN SENIOR SECURED CREDIT FACILITY; (E) COUNSEL TO THE LENDERS UNDER THE MEZZANINE CREDIT FACILITY; (F) ALL OWNERS OF THE EQUITY OF THE SUBJECT ENTITIES; (G) THE INTERNAL REVENUE SERVICE; (H) UTILITY PROVIDERS; (I) THE TAXING AUTHORITIES; (J) THE CASH MANAGEMENT BANKS; AND (K) ALL PARTIES ENTITLED TO RECEIVE NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") on July

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: American Safety Razor Company, LLC (0207), American Safety Razor Corporation (5475), ASR Holdings, Inc. (6509), Blade Acquisition Company (2053), Industrias Manufactureras ASR de Puerto Rico, Inc. (4894), Megas Beauty Care, Inc. (0321), Megas de Puerto Rico, Inc. (3065), Personna International de Puerto Rico, Inc. (0814), RSA Holdings Corp. of Delaware (3029), RSA Soap Company, Inc. (7635), and Valley Park Realty, Inc. (3691). The following entities are non-debtor foreign affiliates of the Debtors: American Safety Razor Australia Pty Limited; American Safety Razor do Brasil Ltda.; American Safety Razor of Canada Limited; ASR Exportacao, Importacao, Comercio e Industria de Produtos de Barbear Ltda; Personna International CZ s.r.o.; Personna International de Mexico, S.A. de C.V.; Personna International Israel Ltd.; Personna International Limited; Personna International UK Limited; Personna International UK Ltd; and Wolco Holland BV. The corporate address of American Safety Razor Company, LLC is 240 Cedar Knolls Road, Cedar Knolls, NJ 07927.

28, 2010, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that on July 28, 2010, the Debtors filed the following pleadings with this Court (collectively, the "First Day Pleadings"), which First Day Pleadings sought both interim and final relief:

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay or Honor Prepetition Obligations to Certain Common Carriers and Other Lien Claimants and (B) Authorizing and Directing Financial Institutions to Honor All Related Check and Electronic Payment Requests [Docket No. 9];

- Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (B) Authorizing and Directing Financial Institutions to Honor All Related Check and Electronic Payment Requests [Docket No. 11];

- Debtors' Motion, Pursuant to Sections 105(a), 362 and 541 of the Bankruptcy Code, for Entry of an Order Establishing Notice and Hearing Procedures for Trading in Equity Interests in the Debtors [Docket No. 13];

- Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 15]; and

- Debtors' Motion Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, and 507 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Liens and Providing Super-Priority Administrative Expense Status; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Scheduling a Final Hearing [Docket No. 17].

**PLEASE TAKE FURTHER NOTICE** that on July 28, 2010, the Debtors also filed the following pleadings (collectively, the "Second Day Pleadings," and together with the First Day Pleadings, the "Pleadings"):

- Motion Pursuant to Sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006 for Entry of an Order Establishing Certain Notice Procedures Related to the Assumption and Assignment of Executory Contracts and Leases [Docket No. 27];

- Motion for an Extension of the Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Executory Contracts and Unexpired Leases, (III) Schedules of Current Income and Expenditures and (IV) Statements of Financial Affairs [Docket No. 29];

- Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Simpson Thacher & Bartlett LLP as Counsel to the Debtors Pursuant to Sections 327(a), 328(a) and 330 of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [Docket No. 30];

- Debtors' Motion for an Order Authorizing the Retention and Payment of Professionals Utilized by the Debtors in the Ordinary Course of Business [Docket No. 31];

- Debtors' Application for an Order (A) Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring and Financial Advisor to the Debtors Pursuant to Sections 327(a), 328(a) and 330 of the Bankruptcy Code, *Nunc Pro Tunc* to the Petition Date, and (B) Waiving Certain Reporting Requirements Pursuant to Delaware Local Rule 2016-2(G) [Docket No. 32];

- Debtors' Application for an Order (I) Authorizing the Retention and Employment of Lazard Middle Market LLC as Investment Banker and Financial Advisor to the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Delaware Local Rule 2016-7772(G) [Docket No. 33]; and

- Motion Of The Debtors For An Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals [Docket No. 38].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings was held on July 30, 2010, at which time the Court approved certain of the First Day Pleadings on an interim basis [Docket Nos. 51, 53, 55, 57, 58 and 59].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Second Day Pleadings and final approval of the First Day Pleadings is scheduled for **August 25, 2010 at 10:30 a.m.** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street,

5th Floor, Courtroom 4, Wilmington, Delaware 19801 before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** any responses or objections to the Pleadings must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Debtors on or before <u>**August 18, 2010 at 4:00 p.m.**</u>

IF NO OBJECTIONS TO ANY OF THE PLEADINGS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.

|  |  |
|---|---|
| Dated: August 2, 2010<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>/s/ Howard A. Cohen<br>Andrew C. Kassner (DE<br>Howard A. Cohen (DE 4082)<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br><br>- and -<br><br>Mark Thompson (admitted *pro hac vice*)<br>Morris J. Massel (admitted *pro hac vice*)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br><br>*Proposed Attorneys for the Debtors*<br>*and Debtors in Possession* |