IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                                )
                                                     )   Chapter 11
AMERICAN SAFETY                                      )
RAZOR COMPANY, LLC, et al.,                          )   Case No. 10-12351 (MFW)
                                                     )
        Debtors.                                     )   Jointly Administered  Re: 67
---------------------------------------------------------x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 cases.

| DATE & TIME | LOCATION |
|---|---|
| September 15, 2010 at 11:30 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom #4<br>Wilmington, Delaware 19801 |
| September 28, 2010 at 10:30 a.m.<br>*(sale hearing and omnibus hearing)* | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom #4<br>Wilmington, Delaware 19801 |
| October 28, 2010 at 9:30 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom #4<br>Wilmington, Delaware 19801 |
| November 30, 2010 at 9:30 a.m.<br>*(quarterly fee hearing)* | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom #4<br>Wilmington, Delaware 19801 |
| December 22, 2010 at 11:30 a.m. | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom #4<br>Wilmington, Delaware 19801 |

Dated: August 5, 2010
      Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

WM01/ 7845468.1