**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-12351 (MFW) |
| American Safety Razor Company, LLC, *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| Debtors | : | |

-----------------------------------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Pension Benefit Guaranty Corporation**, Attn: Craig Yamaoka, 1200 K Street, NW, Washington, DC 20005, Phone: 202-326-4000 x 3614, Fax: 202-842-2643

2. **Total Petrochemicals USA, Inc.**, Attn: Joel Anderson, 1201 Louisiana Street, Suite 1800, Houston, TX 77002, Phone: 713-483-5271, Fax: 713-483-5759

3. **PolyOne Corporation**, Attn: Woodrow W. Ban, 33587 Walker Road, Avon Lake, OH 44012, Phone: 440-930-1000, Fax: 440-930-3830

4. **InterPack Industries**, Attn: Brett Moller, 5306 Mohave Street, Phoenix, AZ 85043, Phone: 402-469-0698

5. **Midwest Color**, Attn: Lloyd A. Watt, 50 Francis Street, Leominster, MA 01453, Phone: 978-537-3535, Fax: 978-537-4224

6. **Entec Polymers**, Attn: Carlos Rivera, 1900 Summit Tower Blvd., #900, Orlando, FL 32810, Phone: 407-659-5203, Fax: 407-659-5395

7. **Cauthorne Paper Co.**, Attn: John Lewis, PO Box 1536, Ashland, VA 23005, Phone: 804-798-6999, Fax: 804-798-6466

        ROBERTA A. DeANGELIS
        United States Trustee, Region 3

        /s/ Jane M. Leamy, for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: August 5, 2010

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Andrew C. Kassner, Esquire, Phone: (215) 988-2554, Fax: (215) 988-2757