UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re American Safety Razor Company, LLC, et al.          Case No. 10-12351 (MFW)

### INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | DIP Budget Attached | |
| **Certificates of Insurance:** | | |
| Workers Compensation | Attached | |
| Property | Attached | |
| General Liability | Attached | |
| Vehicle | Attached | |
| Other: Executive Risk, Pollution | Attached | |
| Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | See Attached Order | |
| General Operating Account | | |
| Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | | |
| Other: | | |
| **Retainers Paid (Form IR-2)** | Attached | |

_____          8/5/10
Signature of Debtor                Date


_____          _____
Signature of Joint Debtor          Date


_____          _____
Signature of Authorized Individual*   Date


Charlie Heckel                     8/5/10
Printed Name of Authorized Individual   Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------x
                                                      )
In re                                                 )
                                                      )   Chapter 11
AMERICAN SAFETY                                       )
RAZOR COMPANY, LLC, et al.,¹                          )   Case No. 10-_____ (___)
                                                      )
                    Debtors.                          )   Joint Administration Pending
                                                      )
------------------------------------------------------x
```

**DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507 (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL; (II) GRANTING LIENS AND PROVIDING SUPER-PRIORITY ADMINISTRATIVE EXPENSE STATUS; (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES; AND (IV) SCHEDULING A FINAL HEARING**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this motion seeking entry of an interim (the "Interim Order"), substantially in the form annexed hereto as Exhibit A, and a final order (the "Final Order" and, together with the Interim Order, the "Orders"), authorizing the Debtors to (a) enter into a financing arrangement (the "DIP Facility") as provided for in the $25,000,000 Senior Secured, Super-Priority Debtor in Possession Credit Agreement (as amended, modified and in effect from time to time, and together with any and all other related documents and agreements entered into in connection with

---

¹ The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: American Safety Razor Company, LLC (0207), American Safety Razor Corporation (5475), ASR Holdings, Inc. (6509), Blade Acquisition Company (2053), Industrias Manufactureras ASR de Puerto Rico, Inc. (4894), Megas Beauty Care, Inc. (0321), Megas de Puerto Rico, Inc. (3065), Personna International de Puerto Rico, Inc. (0814), RSA Holdings Corp. of Delaware (3029), RSA Soap Company, Inc. (7635), and Valley Park Realty, Inc. (3691). The following entities are non-debtor foreign affiliates of the Debtors: American Safety Razor Australia Pty Limited; American Safety Razor do Brasil Ltda.; American Safety Razor of Canada Limited; ASR Exportacao, Importacao, Comercio e Industria de Produtos de Barbear Ltda; Personna International CZ s.r.o.; Personna International de Mexico, S.A. de C.V.; Personna International Israel Ltd.; Personna International Limited; Personna International UK Limited; Personna International UK Ltd; and Wolco Holland BV (collectively, the "Non-Debtor Foreign Affiliates"). The corporate address of American Safety Razor Company, LLC is 240 Cedar Knolls Road, Cedar Knolls, NJ 07927.

**American Safety Razor Company**
**13 Week Cash Forecast for Week Ending 07/30/10**
**Consolidated Debtor Affiliates (US and Puerto Rico)**
**(USD in 000's)**

| Week #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13 Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending: | 07/30/10 | 08/06/10 | 08/13/10 | 08/20/10 | 08/27/10 | 09/03/10 | 09/10/10 | 09/17/10 | 09/24/10 | 10/01/10 | 10/08/10 | 10/15/10 | 10/22/10 | Total |
| **Cash Receipts** | $5,346 | $4,579 | $3,892 | $3,603 | $5,147 | $2,889 | $4,125 | $4,297 | $5,631 | $3,274 | $4,529 | $5,796 | $3,861 | $56,966 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Vendor Payments | 2,991 | 4,485 | 4,439 | 4,478 | 2,454 | 914 | 886 | 929 | 924 | 886 | 1,014 | 793 | 808 | 26,003 |
| Freight | 280 | 258 | 261 | 258 | 265 | 258 | 247 | 250 | 247 | 244 | 241 | 244 | 241 | 3,292 |
| Employee Costs | 1,393 | 646 | 1,395 | 653 | 621 | 1,408 | 622 | 1,392 | 617 | 1,395 | 617 | 1,408 | 622 | 12,792 |
| Overhead | 294 | 745 | 818 | 794 | 846 | 880 | 662 | 651 | 670 | 839 | 629 | 589 | 600 | 9,020 |
| Rent/Lease | 30 | 47 | 10 | 10 | 30 | 57 | 10 | 10 | 10 | 30 | 47 | 10 | 10 | 311 |
| Utilities | 111 | 393 | 118 | 16 | 101 | 274 | 100 | 12 | 12 | 102 | 381 | 18 | 16 | 1,655 |
| Taxes | - | - | - | - | - | - | - | 257 | - | - | - | - | - | 257 |
| Pension Funding | - | - | - | - | - | - | - | 4,184 | - | - | - | 3,055 | - | 7,239 |
| Capital Expenditures | 217 | 1,647 | 1,647 | 1,477 | 1,344 | 1,342 | 1,342 | 1,242 | 742 | 542 | 286 | 286 | 286 | 12,400 |
| Other | - | - | 102 | - | 104 | - | 82 | - | 81 | - | - | 83 | 2 | 454 |
| **Total Operating Disbursements** | 5,317 | 8,222 | 8,790 | 7,686 | 5,766 | 5,134 | 3,952 | 8,927 | 3,304 | 4,038 | 3,215 | 6,486 | 2,585 | 73,422 |
| **Net Operating Cash Flows** | 29 | (3,643) | (4,898) | (4,084) | (619) | (2,245) | 172 | (4,631) | 2,327 | (764) | 1,313 | (690) | 1,276 | (16,457) |
| **Financing Disbursements** | | | | | | | | | | | | | | |
| Interest on Pre-Petition Loans | - | 1,439 | - | - | - | 1,420 | - | - | - | 1,476 | - | - | - | 4,336 |
| Restructuring Professional Fees | 569 | 1,611 | 412 | - | - | - | 124 | 288 | 2,190 | - | - | 412 | 2,125 | 7,731 |
| DIP Loan Fees and Interest | - | 1,263 | - | - | - | - | - | - | - | 30 | - | - | - | 1,293 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Financing Disbursements** | 569 | 4,312 | 412 | - | - | 1,420 | 124 | 288 | 2,190 | 1,507 | - | 412 | 2,125 | 13,359 |
| **Net Cash Flows** | (539) | (7,955) | (5,310) | (4,084) | (619) | (3,666) | 48 | (4,919) | 137 | (2,271) | 1,313 | (1,102) | (849) | (29,815) |
| Beginning Cash (Book Balance) | 20,718 | 20,179 | 12,224 | 6,914 | 2,830 | 2,211 | 1,851 | 1,820 | 1,791 | 1,792 | 1,925 | 1,943 | 1,879 | 20,718 |
| Add: Net Cash Flows | (539) | (7,955) | (5,310) | (4,084) | (619) | (3,666) | 48 | (4,919) | 137 | (2,271) | 1,313 | (1,102) | (849) | (29,815) |
| DIP Draw (Paydown) | - | - | - | - | - | 3,306 | (79) | 4,890 | (136) | 2,404 | (1,295) | 1,038 | 873 | 11,000 |
| **Ending Cash (Book Balance)** | 20,179 | 12,224 | 6,914 | 2,830 | 2,211 | 1,851 | 1,820 | 1,791 | 1,792 | 1,925 | 1,943 | 1,879 | 1,903 | 1,903 |
| Beginning DIP Loan Balance | - | - | - | - | - | - | 3,306 | 3,227 | 8,116 | 7,980 | 10,384 | 9,089 | 10,127 | - |
| DIP Draw (Paydown) | - | - | - | - | - | 3,306 | (79) | 4,890 | (136) | 2,404 | (1,295) | 1,038 | 873 | 11,000 |
| **Ending DIP Loan Balance** | - | - | - | - | - | 3,306 | 3,227 | 8,116 | 7,980 | 10,384 | 9,089 | 10,127 | 11,000 | 11,000 |
| **Liquidity:** | | | | | | | | | | | | | | |
| DIP Loan Commitment ($25 million less carve out) | - | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 | 21,000 |
| Less: DIP Drawn | - | - | - | - | - | (3,306) | (3,227) | (8,116) | (7,980) | (10,384) | (9,089) | (10,127) | (11,000) | (11,000) |
| Net DIP Availability | - | 21,000 | 21,000 | 21,000 | 21,000 | 17,694 | 17,773 | 12,884 | 13,020 | 10,616 | 11,911 | 10,873 | 10,000 | 10,000 |
| Ending Cash Balance (Book Balance) | 20,179 | 12,224 | 6,914 | 2,830 | 2,211 | 1,851 | 1,820 | 1,791 | 1,792 | 1,925 | 1,943 | 1,879 | 1,903 | 1,903 |
| **Total Liquidity** | 20,179 | $33,224 | $27,914 | $23,830 | $23,211 | $19,545 | $19,593 | $14,675 | $14,812 | $12,541 | $13,854 | $12,752 | $11,903 | 11,903 |



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 8/3/2010 (2/1/2011)

| PRODUCER | |
|---|---|
| Lockton Companies, LLC-1 Kansas City<br>444 W. 47th Street, Suite 900<br>Kansas City MO 64112-1906<br>(816) 960-9000 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Travelers Property Casualty Co of America | 25674 |
| INSURER B: St Paul Fire and Marine Insurance Co | 24767 |
| INSURER C: Travelers Insurance Company | |
| INSURER D: | |
| INSURER E: | |

**INSURED** 1071862
AMERICAN SAFETY RAZOR CO., LLC
ONE RAZOR BLADE LANE
VERONA, VA 24482

**COVERAGES**  AMESA01  ZB

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[X] POLICY [ ] PROJECT [ ] LOC | Y-660-1413C153-TIL-10 | 2/1/2010 | 2/1/2011 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $ 1,000,000<br>$ 1,000,000<br>$ 10,000<br>$ 1,000,000<br>$ 5,000,000<br>$ 2,000,000 |
| A<br>A<br>A | X<br>X<br>X<br>X | **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS<br>AUTO PHYS.DAMAGE | Y8103338C236-TIL-10<br>*$1,000 DED. COLLISION<br>*$1,000 DED. COMP. | 2/1/2010 | 2/1/2011 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| | | **GARAGE LIABILITY**<br>ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN AUTO ONLY: EA ACC<br>AGG | $ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| B | | **EXCESS / UMBRELLA LIABILITY**<br>[X] OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE [X] UMBRELLA FORM<br>RETENTION $ 0 | QK08000853 | 2/1/2010 | 2/1/2011 | EACH OCCURRENCE<br>AGGREGATE | $ 5,000,000<br>$ 5,000,000<br>$ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| C | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | YFUB1061L02-6-10 | 7/31/2010 | 7/31/2011 | [X] WC STATUTORY LIMITS [ ] OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$ 1,000,000<br>$ 1,000,000<br>$ 1,000,000 |
| | | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

| CERTIFICATE HOLDER | CANCELLATION  [ASR] |
|---|---|
| 10957096<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 KING STREET<br>LOCKBOX 35<br>WILMINGTON, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE *[signature]* |

ACORD 25 (2009/01)  © 1988-2009 ACORD CORPORATION. All rights reserved.

**The ACORD name and logo are registered marks of ACORD**

For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'AMESA01'.

**SCHEDULE OF NAMED INSUREDS**

AMERICAN SAFETY RAZOR COMPANY, LLC

BLADE ACQUISITION COMPANY

RSA HOLDINGS CORP OF DELAWARE

AMERICAN SAFETY RAZOR CORPORATION

PERSONNA INTERNATIONAL, LIMITED *

PERSONNA INTERNATIONAL UK, LTD. *

AMERICAN SAFETY RAZOR COMPANY OF CANADA, LTD. *

PERSONNA INTERNATIONAL DE PUERTO RICO

INDUSTRIAS MANUFACTURAS ASR DE PUERTO RICO, INC.

PERSONNA INTERNATIONAL DE MEXICO S.A. DE C.V.

PERSONNA INTERNATIONAL ISRAEL, LTD *

WOLCO HOLLAND B.V.*

AMERICAN SAFETY RAZOR DO BRASIL, LTDA. *

ASR EXPORTACAO, IMPORTACAO, COMERCIO E INDUSTRIA DE PRODUTOS DE BARBEAR LTDA *

PERSONNA INTERNATIONAL CZ S.R.O *

**\*FOREIGN COVERAGES**



# CERTIFICATE OF LIABILITY INSURANCE

| | |
|---|---|
| DATE (MM/DD/YYYY) 5/8/2011 | 8/3/2010 |

**PRODUCER**
Lockton Companies, LLC-1 Kansas City
444 W. 47th Street, Suite 900
Kansas City MO 64112-1906
(816) 960-9000

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED** 16049
American Safety Razor Co., LLC
One Razor Blade Lane
Verona, VA 24482

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: HARTFORD FIRE INSURANCE COMPANY | |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**COVERAGES**   AMESA01   ZH

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** ☐ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS MADE ☐ OCCUR  GEN'L AGGREGATE LIMIT APPLIES PER: ☒ POLICY ☐ PROJECT ☐ LOC | NOT APPLICABLE | | | EACH OCCURRENCE DAMAGE TO RENTED PREMISES (Ea occurrence) MED EXP (Any one person) PERSONAL & ADV INJURY GENERAL AGGREGATE PRODUCTS - COMP/OP AGG | $ XXXXXXX $ XXXXXXX $ XXXXXXX $ XXXXXXX $ XXXXXXX $ XXXXXXX |
| | | **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident) BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE (Per accident) | $ XXXXXXX $ XXXXXXX $ XXXXXXX $ XXXXXXX |
| | | **GARAGE LIABILITY** ☐ ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT OTHER THAN EA ACC AUTO ONLY: AGG | $ XXXXXXX $ XXXXXXX $ XXXXXXX |
| | | **EXCESS / UMBRELLA LIABILITY** ☐ OCCUR ☐ CLAIMS MADE ☐ DEDUCTIBLE ☐ UMBRELLA FORM RETENTION $ | NOT APPLICABLE | | | EACH OCCURRENCE AGGREGATE | $ XXXXXXX $ XXXXXXX $ XXXXXXX $ XXXXXXX $ XXXXXXX |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ (Mandatory in NH) If yes, describe under SPECIAL PROVISIONS below | NOT APPLICABLE | | | WC STATU- TORY LIMITS / OTH- ER E.L. EACH ACCIDENT E.L. DISEASE - EA EMPLOYEE E.L. DISEASE - POLICY LIMIT | $ XXXXXXX $ XXXXXXX $ XXXXXXX |
| A | | **OTHER** OCEAN CARGO | SEE DESCRIPTION | 5/8/2010 | 5/8/2011 | SEE DESCRIPTION | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
OCEAN CARGO: $500,000 PER VESSEL/AIRCRAFT; $50,000 ON DECK; $1,000 DEDUCTIBLE; $100,000 PER PACKAGE BY MAIL OR PARCEL POST; $75,000 RAIL, MOTOR CARRIER OR TRUCK.

**CERTIFICATE HOLDER**
10957099
OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET
LOCKBOX 35
WILMINGTON, DE 19801

**CANCELLATION**   [M458224]

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
*[signature]*

ACORD 25 (2009/01)

© 1988-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD
For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'AMESA01'.

**SCHEDULE OF NAMED INSUREDS**

AMERICAN SAFETY RAZOR COMPANY, LLC

BLADE ACQUISITION COMPANY

RSA HOLDINGS CORP. OF DELAWARE

AMERICAN SAFETY RAZOR CORPORATION

PERSONNA INTERNATIONAL LIMITED *

PERSONNA INTERNATIONAL UK LIMITED *

AMERICAN SAFETY RAZOR OF CANADA LIMITED *

PERSONNA INTERNATIONAL DE PUERTO RICO, INC. *

INDUSTRIAS MANUFACTURERAS ASR DE PUERTO RICO, INC. *

PERSONNA INTERNATIONAL DE MEXICO S.A. DE C.V. *

PERSONNA INTERNATIONAL ISRAEL, LTD. *

WOLCO HOLLAND B. V. *

ASR EXPORTACAO, IMPORTACAO, COMERCIO E INDUSTRIA DE PRODUTOS DE BARBEAR LTDA*

PERSONNA INTERNATIONAL CZ S.R.O. *

AMERICAN SAFETY RAZOR DO BRASIL LTDA

AMERICAN SAFETY RAZOR AUSTRALIA PTY

**INACTIVE SUBSIDIARIES**

ARDELL INDUSTRIES, INC.

MEGAS BEAUTY CARE, INC.

VALLEY PARK REALTY, INC.

MEGAS DE PUERTO RICO, INC.

RSA SOAP COMPANY, INC.

ASR HOLDINGS, INC.

*FOREIGN COVERAGES



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 8/3/2010

| PRODUCER | |
|---|---|
| Lockton Companies, LLC-1 Kansas City<br>444 W. 47th Street, Suite 900<br>Kansas City MO 64112-1906<br>(816) 960-9000 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: AIU Holdings/Chartis | |
| INSURER B: St Paul Fire and Marine Insurance Co | 24767 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**INSURED** 1081084
AMERICAN SAFETY RAZOR CO., LLC
ONE RAZOR BLADE LANE
VERONA, VA 24482

## COVERAGES   AMESA01   ZB

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A<br>A | | **GENERAL LIABILITY**<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE  [X] OCCUR<br><br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[X] POLICY  [ ] PROJECT  [ ] LOC | WRI0005057<br>FOREIGN MASTER | 2/1/2010 | 2/1/2011 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $ 1,000,000<br>$ 500,000<br>$ 10,000<br>$ 1,000,000<br>$ 1,000,000<br>$ 1,000,000 |
| A<br>A | | **AUTOMOBILE LIABILITY**<br>[ ] ANY AUTO<br>[X] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS<br>[X] NON-OWNED AUTOS<br>[X] PD-Hired $30K limit<br>[X] PD-Deductible $1000 | WRI0005057<br>FOREIGN MASTER | 2/1/2010 | 2/1/2011 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| | | **GARAGE LIABILITY**<br>[ ] ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN AUTO ONLY:  EA ACC<br>AGG | $ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| B | | **EXCESS / UMBRELLA LIABILITY**<br>[X] OCCUR  [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE  [X] UMBRELLA FORM<br>RETENTION $ | QK08000853 | 2/1/2010 | 2/1/2011 | EACH OCCURRENCE<br>AGGREGATE | $ 10,000,000<br>$ 10,000,000<br>$ XXXXXXX<br>$ XXXXXXX<br>$ XXXXXXX |
| A<br>A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **N**<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | WRI0005057<br>FOREIGN MASTER | 2/1/2010 | 2/1/2011 | [X] WC STATUTORY LIMITS  [ ] OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$ 1,000,000<br>$ 1,000,000<br>$ 1,000,000 |
| | | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

| CERTIFICATE HOLDER | CANCELLATION   [M458224] |
|---|---|
| 10957089<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 KING STREET<br>LOCKBOX 35<br>WILMINGTON, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br><br>AUTHORIZED REPRESENTATIVE *[signature]* |

**ACORD 25 (2009/01)**                                    © 1988-2009 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD
For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'AMESA01'.

**SCHEDULE OF NAMED INSUREDS**

AMERICAN SAFETY RAZOR COMPANY, LLC

BLADE ACQUISITION COMPANY

RSA HOLDINGS CORP. OF DELAWARE

AMERICAN SAFETY RAZOR CORPORATION

PERSONNA INTERNATIONAL LIMITED *

PERSONNA INTERNATIONAL UK LIMITED *

AMERICAN SAFETY RAZOR OF CANADA LIMITED *

PERSONNA INTERNATIONAL DE PUERTO RICO, INC. *

INDUSTRIAS MANUFACTURERAS ASR DE PUERTO RICO, INC. *

PERSONNA INTERNATIONAL DE MEXICO S.A. DE C.V. *

PERSONNA INTERNATIONAL ISRAEL, LTD. *

WOLCO HOLLAND B. V. *

ASR EXPORTACAO, IMPORTACAO, COMERCIO E INDUSTRIA DE PRODUTOS DE BARBEAR LTDA*

PERSONNA INTERNATIONAL CZ S.R.O. *

AMERICAN SAFETY RAZOR DO BRASIL LTDA

AMERICAN SAFETY RAZOR AUSTRALIA PTY

**INACTIVE SUBSIDIARIES**

ARDELL INDUSTRIES, INC.

MEGAS BEAUTY CARE, INC.

VALLEY PARK REALTY, INC.

MEGAS DE PUERTO RICO, INC.

RSA SOAP COMPANY, INC.

ASR HOLDINGS, INC.

*FOREIGN COVERAGES

FACTORY MUTUAL INSURANCE                                            540 Maryville Centre
                                                                   Suite 400
                                                                   St. Louis, MO  63141
                                                                   314-453-9660

# POLICY INFORMATION FORM

This Policy Information Form confirms the stated coverage as of the date issued and does not amend, extend or alter the coverage offered by the policies listed herein.

**TITLE OF INSURED:**
AMERICAN SAFETY RAZOR COMPANY LLC

Policy No: FM662                                                   Effective: 01-Feb-2010

Account No: 1-32429                                                Expires: 01-Feb-2011

**Description & Location of Property Covered:**                    Index No: 000920.00
Real and Personal Property                                         Ins Loc: VARS*
VARIOUS LOCATIONS
CEDAR KNOLLS, NJ  079271621

**COVERAGE IN FORCE:** (Subject to limits of liability, deductibles and all conditions in the policy)

| **Insurance Provided:** | **Peril:** | **Limit of Liability:** |
|---|---|---|
| PROPERTY DAMAGE | ALL RISK | $445,000,000 |

**THIS POLICY INSURES THE FOLLOWING KINDS OF PROPERTY:**

Real Property in which the Insured has an insurable interest

Personal Property owned by the Insured

Personal Property, other than motor vehicles; of officers and employees of the Insured

Personal Property of others in the custody of the Insured, which the Insured is under obligation to keep insured for physical damage of the type insured against under this policy.

Mailing:

OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET
LOCKBOX 35
WILMINGTON, DE  19801

PIF Number: 00016-001

BY _Patrick Belding_
Authorized Signature/Date
PATRICK BELDING 03-Aug-2010



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 7/31/2011   8/3/2010

**PRODUCER**
Lockton Companies, LLC-1 Kansas City
444 W. 47th Street, Suite 900
Kansas City MO 64112-1906
(816) 960-9000

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED** 1331090
AMERICAN SAFETY RAZOR CO., LLC
BLADE ACQUISTION COMPANY
ONE RAZOR BLADE LANE
VERONA, VA 24482

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Twin City Fire Insurance Company | 29459 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**COVERAGES**  AMESA01   ZB

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** ☐ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS MADE  ☐ OCCUR  GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC | NOT APPLICABLE | | | EACH OCCURRENCE  DAMAGE TO RENTED PREMISES (Ea occurrence)  MED EXP (Any one person)  PERSONAL & ADV INJURY  GENERAL AGGREGATE  PRODUCTS - COMP/OP AGG | $ XXXXXXX  $ XXXXXXX  $ XXXXXXX  $ XXXXXXX  $ XXXXXXX  $ XXXXXXX |
| | | **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident)  BODILY INJURY (Per person)  BODILY INJURY (Per accident)  PROPERTY DAMAGE (Per accident) | $ XXXXXXX  $ XXXXXXX  $ XXXXXXX  $ XXXXXXX |
| | | **GARAGE LIABILITY** ☐ ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT  OTHER THAN EA ACC  AUTO ONLY:  AGG | $ XXXXXXX  $ XXXXXXX  $ XXXXXXX |
| | | **EXCESS / UMBRELLA LIABILITY** ☐ OCCUR ☐ CLAIMS MADE ☐ DEDUCTIBLE  ☐ UMBRELLA FORM  RETENTION $ | NOT APPLICABLE | | | EACH OCCURRENCE  AGGREGATE | $ XXXXXXX  $ XXXXXXX  $ XXXXXXX  $ XXXXXXX  $ XXXXXXX |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under SPECIAL PROVISIONS below | NOT APPLICABLE | | | WC STATUTORY LIMITS  OTHER  E.L. EACH ACCIDENT  E.L. DISEASE - EA EMPLOYEE  E.L. DISEASE - POLICY LIMIT | $ XXXXXXX  $ XXXXXXX  $ XXXXXXX |
| A A | | **OTHER** DIRECTORS + OFFICERS LIABILITY FIDUCIARY LIABILI | 00KB 0244651-09 | 7/31/2009 7/31/2009 | 7/31/2011 7/31/2011 | POLICY AGGREGATE $10,000,000  PER CLAIM $10,000,000  CRIME-PER CLAIM $5,000,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
DEDUCTIBLE/RETENTION: D&O:$100,000. FIDUCIARY: $10,000 CRIME: $25,000

**CERTIFICATE HOLDER**
10957629
OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET
LOCKBOX 35
WILMINGTON DE 19801

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE *[signature]*

ACORD 25 (2009/01)   © 1988-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD
For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'AMESA01'.



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 8/3/2010

**PRODUCER**
Lockton Companies, LLC-1 Kansas City
444 W. 47th Street, Suite 900
Kansas City MO 64112-1906
(816) 960-9000

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**
1331086
AMERICAN SAFETY RAZOR CO., LLC
ONE RAZOR BLADE LANE
VERONA, VA 24482

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Greenwich Insurance Company | 22322 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**COVERAGES**  AMESA01  ZB

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ XXXXXXX |
| | | CLAIMS MADE   OCCUR | | | | MED EXP (Any one person) | $ XXXXXXX |
| | | | | | | PERSONAL & ADV INJURY | $ XXXXXXX |
| | | | | | | GENERAL AGGREGATE | $ XXXXXXX |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC | | | | PRODUCTS - COMP/OP AGG | $ XXXXXXX |
| | | **AUTOMOBILE LIABILITY** ANY AUTO / ALL OWNED AUTOS / SCHEDULED AUTOS / HIRED AUTOS / NON-OWNED AUTOS | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident) | $ XXXXXXX |
| | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | **GARAGE LIABILITY** ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT | $ XXXXXXX |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC | $ XXXXXXX |
| | | | | | | AGG | $ XXXXXXX |
| | | **EXCESS / UMBRELLA LIABILITY** OCCUR / CLAIMS MADE DEDUCTIBLE / UMBRELLA FORM RETENTION $ | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | AGGREGATE | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under SPECIAL PROVISIONS below | NOT APPLICABLE | | | WC STATUTORY LIMITS / OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ XXXXXXX |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ XXXXXXX |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ XXXXXXX |
| A A | | **OTHER** POLLUTION | PEC0010468-PR PEC0010467 | 11/13/2010 11/13/2010 | 11/13/2011 11/13/2011 | $10,000,000 EACH LOSS $10,000,000 AGG $3,000,000 SIR | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

**CERTIFICATE HOLDER**
10957487
OFFICE OF THE UNITED STATES TRUSTEE
844 KING STREET
LOCKBOX 35
WILMINGTON DE 19801

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE** *[signature]*

ACORD 25 (2009/01)  © 1988-2009 ACORD CORPORATION. All rights reserved.

**The ACORD name and logo are registered marks of ACORD**

For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'AMESA01'.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                                       )
In re                                                  )
                                                       )   Chapter 11
                                                       )
AMERICAN SAFETY                                        )
RAZOR COMPANY, LLC, et al.,¹                           )   Case No. 10-12351 (MFW)
                                                       )
       Debtors.                                        )   Jointly Administered
                                                       )
-------------------------------------------------------x   Re: Docket No. 16
```

**INTERIM ORDER AUTHORIZING DEBTORS TO
(I) CONTINUE USE OF EXISTING BANK ACCOUNTS AND BUSINESS FORMS,
(II) OPEN NEW DEBTOR IN POSSESSION ACCOUNTS AND (III) CONTINUE
CONDUCTING ORDINARY COURSE INTERCOMPANY TRANSACTIONS**

Upon the motion (the "Motion") of the Debtors² for the entry of an order (this "Order") authorizing the Debtors to (a) continue to use their existing bank accounts and business forms; (b) open new debtor in possession accounts in their sole discretion; and, (c) continue to conduct intercompany transactions in the ordinary course and according intercompany claims resulting from such intercompany transactions administrative expense status; and upon the *Affidavit of J. Andrew Bolt, Executive Vice President and Chief Financial Officer of American*

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: American Safety Razor Company, LLC (0207), American Safety Razor Corporation (5475), ASR Holdings, Inc. (6509), Blade Acquisition Company (2053), Industrias Manufactureras ASR de Puerto Rico, Inc. (4894), Megas Beauty Care, Inc. (0321), Megas de Puerto Rico, Inc. (3065), Personna International de Puerto Rico, Inc. (0814), RSA Holdings Corp. of Delaware (3029), RSA Soap Company, Inc. (7635), and Valley Park Realty, Inc. (3691). The following entities are non-debtor foreign affiliates of the Debtors: American Safety Razor Australia Pty Limited; American Safety Razor do Brasil Ltda.; American Safety Razor of Canada Limited; ASR Exportacao, Importacao, Comercio e Industria de Produtos de Barbear Ltda; Personna International CZ s.r.o.; Personna International de Mexico, S.A. de C.V.; Personna International Israel Ltd.; Personna International Limited; Personna International UK Limited; Personna International UK Ltd; and Wolco Holland BV. The corporate address of American Safety Razor Company, LLC is 240 Cedar Knolls Road, Cedar Knolls, NJ 07927.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*Safety Razor Company, LLC, and Vice President of the Other Debtors, in Support of the First Day Motions*; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (iii) notice of the Motion was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor it is hereby ORDERED that:

1. The Motion is granted on an interim basis.

2. The Debtors are authorized to: (a) continue to use, with the same account numbers, the bank accounts in existence on the Petition Date, including, without limitation, those accounts identified on Exhibit B to the Motion (the "Bank Accounts"); (b) treat the Bank Accounts for all purposes as debtors in possession accounts; (c) if needed, as determined by the Debtors, open new debtor in possession accounts; and (d) use, in their present form, all correspondence and business forms (including, without limitation, checks, letterhead, purchase orders and invoices), and other documents related to the Bank Accounts, without reference to its status as debtors in possession; provided, however, that upon depletion of the Debtors' check stock, the Debtors will obtain new check stock reflecting their status as debtors in possession.

3. Except as otherwise expressly provided in this Order, the banks at which the Bank Accounts are maintained (the "Cash Management Banks") are authorized and directed to continue to service and administer the Bank Accounts as accounts of the Debtors as debtors in possession, without interruption and in the ordinary course, and to receive, process, honor and

pay any and all checks, drafts, wires and automated clearing house transfers issued, payable through, or drawn on the Bank Accounts after the Petition Date by the holders, makers or other parties entitled to issue instructions with respect thereto, as the case may be; provided, however, that any check, advice, draft or other notification drawn or issued by the Debtors before the Petition Date may be honored by any bank only if specifically authorized by order of this Court.

4. The Cash Management Banks are authorized to debit the Debtors' accounts in the ordinary course of business without the need for further order of this Court on account of: (a) all checks drawn on the Debtors' accounts which were cashed at such Cash Management Banks or exchanged for cashier's checks by the payees thereof prior to the Petition Date; (b) all checks or other items deposited in one of Debtors' accounts with such Cash Management Bank prior to the Petition Date which have been dishonored or returned unpaid for any reason, together with any fees and costs in connection therewith, but only to the extent the Debtors were responsible for such items prior to the Petition Date, and to the extent payment of such prepetition amounts have been authorized pursuant to an order of this Court; and (c) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Cash Management Bank as service charges for the maintenance of the Cash Management System.

5. Notwithstanding any other provision of this Order, if the Cash Management Bank that honors a prepetition check or other item drawn on any account that is the subject of this Order (a) at the direction of the Debtors, (b) in a good faith belief that the Court has authorized such prepetition check or item to be honored or (c) as the result of an innocent mistake made despite implementation of reasonable item handling procedures, it shall not be deemed to be liable to the Debtors or their estates or otherwise in violation of this Order.

6. The Cash Management Banks are authorized to charge, and the Debtors are authorized to pay, honor or allow ordinary course and reasonable prepetition and postpetition fees, costs, charges and expenses (the "Bank Fees"), and charge back returned items to the Bank Accounts in the ordinary course.

7. No liens on any of the Bank Accounts granted to any creditors shall take priority over the Bank Fees of the Cash Management Banks at which the account is located except for the liens granted under any order approving debtor-in-possession financing (a "DIP Order"), any order granting adequate protection to the Debtors' prepetition secured lenders or the Carve Out (as defined in the DIP Order).

8. The Debtors are authorized to open any new bank accounts or close any existing bank accounts as they may deem necessary and appropriate in their sole discretion; provided that the Debtors give notice to the Office of the United States Trustee for the District of Delaware and any official committees appointed in these chapter 11 cases.

9. For banks at which the Debtors hold accounts that are party to a Uniform Depository agreement with the Office of the United States Trustee for the District of Delaware, within fifteen (15) days from the date of entry of this Order the Debtors shall (a) contact each bank, (b) provide the bank with each of the Debtors' employer identification numbers, and (c) identify each of their accounts held at such banks as being held by a debtor in possession.

10. For banks that are not party to a Uniform Depository Agreement with the Office of the United States Trustee for the District of Delaware, the Debtors shall use their good-faith efforts to cause the bank to execute a Uniform Depository agreement in a form prescribed by the Office of the United States Trustee within sixty (60) days of the date of entry of this Order or such later date as agreed to by the United States Trustee in writing.

11. The Debtors are authorized to continue Intercompany Transactions in the ordinary course of the business. The Debtors shall continue to maintain records related to the Intercompany Balances, so that transactions can be ascertained, traced and accounted for on applicable intercompany accounts.

12. The Cash Management Banks are authorized to pay obligations in accordance with this Order or any separate order of this Court.

13. Except as otherwise provided in this Order or in a separate order of this Court, the Cash Management Banks shall not honor or pay any payments drawn on the listed Bank Accounts or otherwise issued prior to the Petition Date.

14. Pursuant to section 364(b) of the Bankruptcy Code, all Intercompany Claims arising after the Petition Date against any of the Debtors shall be accorded administrative priority status of the kind specified in sections 503(b) and 507(a)(2) of the Bankruptcy Code subject to (a) the claims, liens, security interests and priorities granted under any DIP Order, any order granting adequate protection to the Debtors' prepetition secured lenders and the Carve Out (as defined in the DIP Order), and (b) other valid and perfected liens.

15. Notwithstanding anything to the contrary contained herein, (a) any payment made, or authorization contained, hereunder shall be subject to the requirements any DIP Order, and (b) any claim for which payment is authorized pursuant to this Order that is treated as an administrative expense of the Debtors' estates shall be and is subject and subordinate to the claims, liens, security interests and priorities granted to the DIP Facility Lenders and the DIP Facility Agent (each as defined in the DIP Order), subject to the Carve Out (as defined in the DIP Order), in accordance with and subject to the terms of the applicable DIP Order, and

payment on any such claim shall be subject to the applicable requirements of the DIP Order and any other order of the Court authorizing the Debtors' use of cash post-petition financing.

16. The Debtors are granted an additional sixty days from the Petition Date to come into compliance with section 345 of the Bankruptcy Code. If the Debtors determine that they are unable to comply with the requirements of section 345 within the sixty day period, the Debtors shall file a motion seeking authority to deviate from such requirements.

17. As soon as practicable after the entry of this Order, the Debtors shall serve a copy of this Order on the Cash Management Banks.

18. Rule 6003 of the Federal Rules of Bankruptcy Procedure has been satisfied.

19. Notwithstanding the possible applicability of Rules 6004(h), 7062 or 9014 of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

20. Nothing in the Motion or this Order, nor as a result of the Debtors' payment of claims pursuant to this Order, shall be deemed or construed as: (a) an admission as to the validity or priority of any claim against any of the Debtors; (b) a waiver of the Debtors' rights to dispute any claim; or (c) an approval or assumption of any agreement, contract or lease pursuant to the section 365 of the Bankruptcy Code.

21. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

22. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 30, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

**In re American Safety Razor Company, LLC, et al.**
**Detail of Retainers Paid to Restructuring Professionals**

| Payee | Date | Amount | Applied to Date | Balance |
|---|---|---|---|---|
| AlixPartners, LLP | **NOTE 1** | $ 500,000.00 | $ - | $ 500,000.00 |
| Drinker Biddle & Reath LLP | 6/24/10 | 150,000.00 | (51,862.25) | 98,137.75 |
| Ernst & Young **NOTE 2** | 5/13/10 | 100,000.00 | - | 100,000.00 |
| Kurtzman Carson Consultants LLC | 6/24/10 | 50,000.00 | - | 50,000.00 |
| Lazard Middle Market LLC | | - | - | - |
| Simpson Thacher & Bartlett LLP | 5/28/10 | 500,000.00 | (390,410.88) | 109,589.12 |
| | | $ 1,300,000.00 | $ (442,273.13) | $ 857,726.87 |

**NOTE 1**: Initial retainer of $125,000.00 paid 3/3/10.  Supplemental retainer of $375,000.00 paid 6/1/10.
**NOTE 2**: Retainer related to restructuring tax consultation.  Retention application in-process.