# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN SAFETY RAZOR COMPANY, LLC, <u>et al.</u>,<br><br>         Debtors. | Chapter 11<br><br>Case No. 10-11637 (BLS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND <u>BANKRUPTCY RULES 2002 AND 9010</u>

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of Title 11 of the United States Code ("<u>Bankruptcy Code</u>") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("<u>Bankruptcy Rules</u>") that Lowenstein Sandler PC appears as counsel for and on behalf of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that the Committee requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

LOWENSTEIN SANDLER PC<br>
65 Livingston Avenue<br>
Roseland, NJ 07068<br>
(973) 597-2500 (Telephone)<br>
(973) 597-2400 (Facsimile)<br>
<br>
Attn: Kenneth A. Rosen, Esq.<br>
E-mail: <u>krosen@lowenstein.com</u>

Attn: Sharon L. Levine, Esq.
E-mail: slevine@lowenstein.com

Attn: Wojciech F. Jung, Esq.
E-mail: wjung@lowenstein.com

Attn: Sean E. Quigley, Esq.
E-mail: squigley@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates.

Dated: August 9, 2010

            **LOWENSTEIN SANDLER PC**

            */s/ Sharon L. Levine*
            Kenneth A. Rosen, Esq. (KR 4962)
            Sharon L. Levine, Esq. (SL 2109)
            Wojciech F. Jung, Esq. (WJ 2047)
            Sean E. Quigley, Esq. (SQ 4572)
            65 Livingston Avenue
            Roseland, NJ 07068
            (973) 597-2500 (Telephone)
            (973) 597-2400 (Facsimile)

            *Proposed Counsel to the Official*
            *Committee of Unsecured Creditors*