**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **AMERICAN SAFETY RAZOR** ) | |
| **COMPANY, LLC, et al.,[1]** ) | **Case No. 10-12351** |
| ) | |
| Debtors. ) | **Jointly Administered** |
| ) | |

## NOTICE OF RECLAMATION DEMAND

Please be advised that on August 9, 2010, a Notice of Reclamation Demand on behalf of Industrial Distribution Group was served on the Debtors and their attorneys of record, Andrew C. Kassner and Howard A. Cohen of Drinker Biddle & Reath LLP, and Mark J. Thompson, Anne Knight, Linda H. Martin, Samantha S. Braunstein, Terry Sanders, and Morris J. Massel of Simpson Thacher & Bartlett LLP. A true and correct copy of the Notice of Reclamation Demand is attached hereto as Exhibit "A" and incorporated herein by reference for all purposes.

Dated: August 10, 2010

By: /s/ Paul M. Rosenblatt
Paul M. Rosenblatt
Georgia Bar No. 614522
Shane G. Ramsey
Georgia Bar No. 940547
KILPATRICK STOCKTON, LLP
1100 Peachtree Street NE, Suite 2800

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: American Safety Razor Company, LLC (0207), American Safety Razor Corporation (5475), ASR Holdings, Inc. (6509), Blade Acquisition Company (2053), Industrias Manufactureras ASR de Puerto Rico, Inc. (4894), Megas Beauty Care, Inc. (0321), Megas de Puerto Rico, Inc. (3065), Personna International de Puerto Rico, Inc. (0814), RSA Holdings Corp. of Delaware (3029), RSA Soap Company, Inc. (7635), and Valley Park Realty, Inc. (3691). The following entities are non-debtor foreign affiliates of the Debtors: American Safety Razor Australia Pty Limited; American Safety Razor do Brasil Ltda.; American Safety Razor of Canada Limited; ASR Exportacao, Importacao, Comercio e Industria de Produtos de Barbear Ltda; Personna International CZ s.r.o.; Personna International de Mexico, S.A. de C.V.; Personna International Isreal Ltd.; Personna International Limited; Personna International UK Limited; Personna International UK Ltd; and Wolco Holland BV. The corporate address of American Safety Razor Company, LLC is 240 Cedar Knolls Road, Cedar Knolls, NJ 07927.

US2000 11867619.1

Atlanta, GA 30309-4530  
T: 404.815.6500  
F: 404.815.6555  
prosenblatt@kilpatrickstockton.com  
sramsey@kilpatrickstockton.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Reclamation Demand was served on August 10, 2010, via CM/ECF and First Class Mail to the following:

| | |
|---|---|
| Andrew C. Kassner, Esq. <br> Howard A. Cohen, Esq. <br> Drinker Biddle & Reath LLP <br> 1100 North Market Street <br> Suite 1000 <br> Wilmington, DE 19801 | Mark J. Thompson, Esq. <br> Anne Knight, Esq. <br> Linda H. Martin, Esq. <br> Samantha S. Braunstein, Esq. <br> Terry Sanders, Esq. <br> Morris J. Massel, esq. <br> Simpson Thacher & Bartlett LLP <br> 425 Lexington Avenue <br> New York, NY 10017-3954 |

American Safety Razor Company, LLC
240 Cedar Knolls Road
Cedar Knolls, NJ 07927


/s/ Paul M. Rosenblatt
Paul M. Rosenblatt
Georgia Bar No. 614522

# **EXHIBIT A**



**KILPATRICK STOCKTON** LLP

Attorneys at Law

Suite 2800 1100 Peachtree St.
Atlanta GA 30309-4528
t 404 815 6500 f 404 815 6555
www.KilpatrickStockton.com

August 9, 2010

direct dial 404 815 6321
direct fax 404 541 3373
prosenblatt@kilpatrickstockton.com

American Safety Razor Company, LLC
240 Cedar Knolls Road
Cedar Knolls, NJ 07927

Mark J. Thompson, Esq.
Anne Knight, Esq.
Linda H. Martin, Esq.
Samantha S. Braunstein, Esq.
Terry Sanders, Esq.
Morris J. Massel, esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Andrew C. Kassner, Esq.
Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801

  Re: *In re American Safety Razor Company, LLC, et al.*, jointly administered under Case No. 10-12351 (Bankr. District of Delaware)

Dear Sirs:

  We represent Industrial Distribution Group ("IDG") in connection with the above-referenced bankruptcy matter. We have been advised that the above referenced debtors (the "Debtors") filed voluntary bankruptcy petitions on July 28, 2010 ("Petition Date").

  In the twenty (20) days prior to the Petition Date, IDG delivered certain products (the "Products"), more specifically detailed in the attached invoices, to Debtor American Safety Razor Company, LLC, as set forth below ("Reclamation Claim").

US2000 11867598.1

ATLANTA AUGUSTA CHARLOTTE DUBAI NEW YORK RALEIGH STOCKHOLM WASHINGTON WINSTON-SALEM

American Safety Razor Company, LLC
August 9, 2010
Page 2

| Invoice Number | Invoice Date | Amount of Invoice Relating to Goods |
|---|---|---|
| 1249-99 | 7/12/10 | $3,655.97 |
| 4197235-00 | 7/12/10 | $5,719.93 |
| 4197236-00 | 7/12/10 | $598.27 |
| 4197237-00 | 7/12/10 | $13,545.59 |
| 14017232-00 | 7/13/10 | $11,346.00 |
| 1253-99 | 7/19/10 | $7,015.94 |
| 4198667-00 | 7/19/10 | $519.64 |
| 4198668-00 | 7/19/10 | $18,775.33 |
| 4198669-00 | 7/19/10 | $6,392.49 |
| 4200167-00 | 7/26/10 | $5,839.35 |
| 4200169-00 | 7/26/10 | $9,212.15 |
| 4200170-00 | 7/26/10 | $8,538.23 |
| 1257-99 | 7/26/10 | $2,692.03 |
| 1261-99 | 7/29/10 | $889.21 |
| 4201056-00 | 7/29/10 | $4,062.22 |
| 4201058-00 | 7/29/10 | $3,695.59 |
| 4201061-00 | 7/29/10 | $1,039.07 |
| **Amount of Reclamation Claim:** | | $103,537.01 |

The value of the goods listed in this demand does not represent a combination of services and goods, but is the value of the goods only. We have removed amounts not related to the value of the goods. IDG has not filed any duplicate or similar claims with the Debtors regarding the goods underlying this demand. For your convenience and information, we are enclosing copies of the invoices and proofs of delivery related to this Reclamation Claim.

This letter constitutes formal notice pursuant to section 2-702 of the Uniform Commercial Code and section 546(c) of the United States Bankruptcy Code. In exercising IDG's rights under Section 546(c) of the Bankruptcy Code, IDG hereby demands reclamation of the Products identified above in connection with the Reclamation Claim.

This Reclamation Claim is made without the waiver of and with full reservation of IDG's rights to demand the allowance of an administrative expense claim pursuant to Section 503(b)(9) of the Bankruptcy Code for the value of any portion of the Products delivered to and received by the Debtor within the twenty (20) day period immediately preceding the Petition Date.

Thank you for your attention to these matters. We look forward to working with you to resolve these issues.

Sincerely,

Paul M. Rosenblatt

Enclosure
PMR/mmw



**Industrial Distribution Group**          **STATEMENT**

REMIT TO: Industrial Distribution Group
P.O. Box 671555
Dallas, TX 75267-1555

| CUSTOMER NO. |
|---|
| 86520 |
| STATEMENT |
| 08/04/10 |
| TOTAL DUE |
| 92084.29 |

AMERICAN SAFETY RAZOR
1 Razor Blade Lane
Verona, VA 24482-9451

AMOUNT PAID

$ _____

PLEASE RETURN THIS PORTION
WITH YOUR REMITTANCE

---

| STATEMENT DATE | CUSTOMER NO. | | | | | |
|---|---|---|---|---|---|---|
| 08/04/10 | 86520 | | | | | |
| INVOICE DATE | DUE DATE | TYPE | STATUS | INVOICE NO | CHARGE | CREDIT |
| 07/12/10 | 08/11/10 | IN | DUE | 1249-99 | 3655.97 | |
| 07/19/10 | 08/18/10 | IN | DUE | 1253-99 | 7015.94 | |
| 07/26/10 | 08/25/10 | IN | DUE | 1257-99 | 2692.03 | |
| 07/29/10 | 08/28/10 | IN | DUE | 1261-99 | 889.21 | |
| 07/12/10 | 08/11/10 | IN | DUE | 4197235-00 | 5719.93 | |
| 07/12/10 | 08/11/10 | IN | DUE | 4197236-00 | 598.27 | |
| 07/12/10 | 08/11/10 | IN | DUE | 4197237-00 | 13545.59 | |
| 07/19/10 | 08/18/10 | IN | DUE | 4198667-00 | 519.64 | |
| 07/19/10 | 08/18/10 | IN | DUE | 4198668-00 | 18775.33 | |
| 07/19/10 | 08/18/10 | IN | DUE | 4198669-00 | 6392.49 | |
| 07/26/10 | 08/25/10 | IN | DUE | 4200167-00 | 5839.35 | |
| 07/26/10 | 08/25/10 | IN | DUE | 4200169-00 | 9212.15 | |
| 07/26/10 | 08/25/10 | IN | DUE | 4200170-00 | 8538.23 | |
| 07/29/10 | 08/28/10 | IN | DUE | 4201056-00 | 4062.22 | |
| 07/29/10 | 08/28/10 | IN | DUE | 4201058-00 | 3695.59 | |
| 07/29/10 | 08/28/10 | IN | DUE | 4201061-00 | 1039.07 | |
| 07/20/10 | 07/20/10 | UC | ACTIVE | UNAPPLIED CASH | | 106.72- |

Balance Due: 92084.29

| CURRENT | PERIOD 2 | PERIOD 3 | PERIOD 4 | PERIOD 5 |
|---|---|---|---|---|
| 92191.01 | 106.72- | 0.00 | 0.00 | 0.00 |
| SERVICE CHARGE | MISCELLANEOUS CREDITS | FUTURE DUE | ON ORDER | SERVICE CHARGE YTD |
| 0.00 | 106.72- | 0.00 | 0.00 | 0.00 |

 **Industrial Distribution Group**        STATEMENT

REMIT TO: Industrial Distribution Group
P.O. Box 671555
Dallas, TX 75267-1555

| CUSTOMER NO. |
|---|
| 17145 |
| STATEMENT |
| 08/04/10 |
| TOTAL DUE |
| 10530.93 |

AMERICAN SAFETY RAZOR CO
Attn: Accounts Payable
One Razor Blade Lane

Verona, VA 24482-3979

AMOUNT PAID

$ _____

PLEASE RETURN THIS PORTION
WITH YOUR REMITTANCE

---

| STATEMENT DATE | CUSTOMER NO. |
|---|---|
| 08/04/10 | 17145 |

| INVOICE DATE | DUE DATE | TYPE | STATUS | INVOICE NO | CHARGE | CREDIT |
|---|---|---|---|---|---|---|
| 07/13/10 | 08/12/10 | IN | DUE | 14017232-00 | 11346.00 | |
| 06/01/10 | 06/01/10 | UC | ACTIVE | UNAPPLIED CASH | | 815.07- |
| | | | | | Balance Due: | 10530.93 |

| CURRENT | PERIOD 2 | PERIOD 3 | PERIOD 4 | PERIOD 5 |
|---|---|---|---|---|
| 11346.00 | 0.00 | 0.00 | 815.07- | 0.00 |
| SERVICE CHARGE | MISCELLANEOUS CREDITS | FUTURE DUE | ON ORDER | SERVICE CHARGE YTD |
| 0.00 | 815.07- | 0.00 | 0.00 | 0.00 |