IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN SAFETY RAZOR COMPANY, LLC, et al., | Case No. 10-12351 (MFW) |
| | Related to Docket No. 28 |
| Debtors | Jointly Administered |

**OBJECTION OF THE SECOND-LIEN LENDERS TO THE DEBTORS' SALE MOTION, AND EMERGENCY CROSS-MOTION REQUESTING:
(I) AUTHORITY TO COMMENCE AN INVESTIGATION OF THE DEBTORS' AUCTION PROCESS PURSUANT TO BANKRUPTCY RULE 2004;
(II) APPOINTMENT OF AN EXAMINER; AND/OR (III) APPOINTMENT OF A CHAPTER 11 TRUSTEE[1]**

# FILED UNDER SEAL

---

[1] The Second-Lien Lenders are GSO/Blackstone Debt Funds Management LLC, as Collateral Manager, and BlackRock Kelso Capital Corporation.

WCSR 4462313v1