IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                    )
                                         ) Chapter 11
AMERICAN SAFETY                          )
RAZOR COMPANY, LLC, et al.,[1]           ) Case No. 10-12351 (MFW)
                                         )
    Debtors.                             ) Jointly Administered
---------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 28, 2010 AT 10:30 A.M.

**ADJOURNED/CONTINUED MATTERS**

1. Motion of Southern Graphic Systems, Inc., for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b)(9) (Filed 08/19/10; Docket No. 105);

    Related Documents:

    Response Deadline: September 21, 2010 at 4:00 p.m.

    Responses Received: N/A

    Status: This matter is being adjourned.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)**

2. Application of the Official Committee of Unsecured Creditors Authorizing Retention of FTI Consulting, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 20, 2010 (Filed 09/10/10; Docket No. 198);

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: American Safety Razor Company, LLC (0207), American Safety Razor Corporation (5475), ASR Holdings, Inc. (6509), Blade Acquisition Company (2053), Industrias Manufactureras ASR de Puerto Rico, Inc. (4894), Megas Beauty Care, Inc. (0321), Megas de Puerto Rico, Inc. (3065), Personna International de Puerto Rico, Inc. (0814), RSA Holdings Corp. of Delaware (3029), RSA Soap Company, Inc. (7635), and Valley Park Realty, Inc. (3691). The following entities are non-debtor foreign affiliates of the Debtors: American Safety Razor Australia Pty Limited; American Safety Razor do Brasil Ltda.; American Safety Razor of Canada Limited; ASR Exportacao, Importacao, Comercio e Industria de Produtos de Barbear Ltda; Personna International CZ s.r.o.; Personna International de Mexico, S.A. de C.V.; Personna International Israel Ltd.; Personna International Limited; Personna International UK Limited; Personna International UK Ltd; and Wolco Holland BV. The corporate address of American Safety Razor Company, LLC is 240 Cedar Knolls Road, Cedar Knolls, NJ 07927.

Related Documents:

    a.     Certificate of No Objection (Filed 09/23/10; Docket No. 255);

    b.     Proposed Form of Order.

Response Deadline:     September 21, 2010 at 4:00 p.m.

Responses Received:  None.

Status:  A Certificate of No Objection has been filed. Counsel for the Committee respectfully request that the Court enter the proposed Order at its earliest convenience.

3.     First Application for Compensation and Reimbursement of Expenses Incurred by Committee Members for the period August 4, 2010 to August 7, 2010 Filed by Official Committee of Unsecured Creditors (Filed 09/10/10; Docket No. 202);

Related Documents:

    a.     Certificate of No Objection (Filed 09/23/10; Docket No. 256);

    b.     Proposed Form of Order.

Response Deadline:     September 21, 2010 at 4:00 p.m.

Responses Received:  None.

Status:  A Certificate of No Objection has been filed. Counsel for the Committee respectfully request that the Court enter the proposed Order at its earliest convenience.

4.     Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to Employ Blank Rome LLP as its Co-Counsel pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P 2014 *Nunc Pro Tunc* as of August 19, 2010 (Filed 09/13/2010; Docket No. 204);

Related Documents:

    a.     Certificate of No Objection (Filed 09/23/10; Docket No. 257);

    b.     Proposed Form of Order.

Response Deadline:     September 21, 2010 at 4:00 p.m.

Responses Received: None.

Status: A Certificate of No Objection has been filed. Counsel for the Committee respectfully request that the Court enter the proposed Order at its earliest convenience.

**CONTESTED MATTERS**

5. Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed 07/28/10; Docket No. 28);

   Related Documents:

   a. Notice of Hearing re: Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed 08/02/10; Docket No. 63);

   b. Certificate of Publication (Filed 09/13/10; Docket No. 207);

   c. Order Filed Under Seal Objection of the Second-Lien Lenders to the Debtor's Sale Motion, and Emergency Cross Motion Requesting (I) Authority to Commence and Investigation of the Debtor's Auction Process, (II) Appointment of an Examiner: and/or Appointment of a Chapter 11 Trustee (Filed 09/23/10; Docket No. 259);

   Response Deadline: September 15, 2010 at 4:00 p.m. The Pension Benefit Guaranty Corporation and the Official Committee of Unsecured Creditors were granted an extension through noon on September 24, 2010.

   Responses Received:

   d. (FILED UNDER SEAL) Objection of the Second-Lien Lenders to the Debtors' Sale Motion, and Emergency Cross-Motion Requesting: (I)Authority to Commence an Investigation of the Debtors' Auction Process (II)Appointment of an Examiner; and/or (III)Appointment of a Chapter 11 Trustee (Filed 09/22/10; Docket No. 249);

   e. Reservation of Rights and Limited Response of Pension Benefit Guaranty Corporation to the Debtors' Motion for an Entry of an

Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed 09/23/10; Docket No. 253).

Status: This matter is going forward.

6. Motion to File Under Seal Motion by the Second-Lien Lenders Pursuant to 11 U.S.C. Sections 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018 1 Permitting the Second-Lien Lenders to File Temporarily Under Seal the Objection of the Second Lien Lenders to the Debtors' Sale Motion, and Emergency Cross Motion Requesting: (I) Authority to Commence an Investigation of the Debtors' Auction Process Pursuant to Bankruptcy Rule 2004; (II) Appointment of an Examiner; and/or (III) Appointment of a Chapter 11 Trustee Filed by Blackrock Kelso Capital Corporation, GSO/Blackstone Debt Funds Management LLC (Filed 09/22/2010, Docket No. 247);

Related Documents:

a. Motion to Shorten Notice (Filed 09/22/10; Docket No. 248);

b. Order approving Motion to Shorten Notice (Filed 09/23/10; Docket No. 258);

Response Deadline: September 28, 2010 at 10:30 a.m.

Responses Received:

Status: This matter is going forward.

Dated: September 24, 2010
Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

/s/ Andrew C. Kassner
Andrew C. Kassner (DE 4507)
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

– and –

Mark Thompson (admitted *pro hac vice*)
Morris J. Massel (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP

425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for the Debtors and
Debtors in Possession*