# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN SAFETY RAZOR | ) | Case No. 10-12351 (MFW) |
| COMPANY, LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

------------------------------------------------------x

## NOTICE OF ENERGIZER HOLDINGS, INC.'S
## CONTINUED INTEREST TO PARTICIPATE
## IN SALE PROCESS AND TO CONSUMMATE TRANSACTION

**NOTICE IS HEREBY GIVEN** on behalf of Energizer Holdings, Inc.

("Energizer"), by and through its undersigned counsel, that Energizer remains highly interested

to participate as a competitive bidder in the sale process for substantially all assets of American

Safety Razor Company LLC, *et al.* (the "Debtors") and assumption and assignment of certain

executory contracts (the "Transaction").

**NOTICE IS FURTHER GIVEN** that Energizer intends to be present at the

hearing scheduled for 10:30 a.m. Tuesday, September 28, 2010, with requisite corporate officers

and advisors having responsibilities for Energizer's corporate, finance and regulatory matters,

which individuals are and will be available to meet and discuss any questions or concerns that

the Court or the constituents may have with regard to Energizer's ongoing interest in

participating in the sale process and consummating this Transaction.

Dated: September 27, 2010
Wilmington, Delaware

Respectfully submitted,

Mark D. Collins, Esq. (No. 2981)
L. Katherine Good, Esq. (No. 5101)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Lloyd Palans, Esq.
Gregory Willard, Esq.
John Welge, Esq.
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Counsel to Energizer Holdings, Inc.*

-and-

Joshua Lipton, Esq.
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Antitrust and Regulatory Counsel to
Energizer Holdings, Inc.*