# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: <u>American Safety Razor Company, LLC, ET AL.,</u>　　　　　　Case No. <u>10-12351</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>**SONAR CREDIT PARTNERS, LLC**</u> | <u>Eservices Inc</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last Four Digits of Acct #: <u>N/A</u>

Court Claim # (if known): <u>N/A</u>
Amount of Claim: **$4,972.00**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: <u>N/A</u>

Name and Current Address of Transferor:

Eservices Inc
4461 Cox Road
Suite 113
Glen Allen, VA 23060

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: <u>/s/Michael Goldberg</u>　　　　　　　　　　　Date: <u>9/27/2010</u>
　　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357



## SONAR CREDIT PARTNERS, LLC

EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn: Clerk

AND TO: American Safety Razor Company, LLC ("Debtor")
Case No. 10-12351

eServices Inc, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $4,972.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September, 27, 2010.

| ASSIGNOR | ASSIGNEE |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: John McCalla | Name: Michael Goldberg |
| Title: CEO, eServices, LLC | Title: Managing Member |
| Date: 9/24/2010 | Date: 9/27/2010 |

American Safety Razor Company, LLC

Case Number: 10-12351

Exhibit F-1

Consideration For Claim: Trade Payables

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C U D | Amount of Claim |
|---|---|---|---|---|
| ESERVICES INC<br>4461 COX ROAD<br>SUITE 113<br>GLEN ALLEN, VA 23060<br>ACCOUNT NO.: 00013327<br>TRADE PAYABLES | ☐ | Prior to Petition Date | ☐ ☐ ☐ | $4,972 |
| F.M. GEORGE SAFE AND LOCK CO., INC.<br>717 EAST MAGNOLIA AVE.<br>P.O. BOX 3398<br>KNOXVILLE, TN 37917<br>ACCOUNT NO.: 00013678<br>TRADE PAYABLES | ☐ | Prior to Petition Date | ☐ ☐ ☐ | $50 |
| FASTENAL<br>1008 WEST MAIN<br>WAYNESBORO, VA 22980<br>ACCOUNT NO.: 00013117<br>TRADE PAYABLES | ☐ | Prior to Petition Date | ☐ ☐ ☐ | $789 |
| FASTENERS FOR RETAIL<br>28900 FOUNTAIN PARKWAY<br>CLEVELAND, OH 44139<br>ACCOUNT NO.: 00012532<br>TRADE PAYABLES | ☐ | Prior to Petition Date | ☐ ☐ ☐ | $2,357 |
| FISHER SCIENTIFIC CO<br>P O BOX 404705<br>ATLANTA, GA 30384-4705<br>ACCOUNT NO.: 00010631<br>TRADE PAYABLES | ☐ | Prior to Petition Date | ☐ ☐ ☐ | $599 |
| FLORIDA FOOD PRODUCTS<br>2231 W. HWY 44 (32726)<br>P.O. BOX 1300<br>EUSTIS, FL 32727<br>ACCOUNT NO.: 00019543<br>TRADE PAYABLES | ☐ | Prior to Petition Date | ☐ ☐ ☐ | $756 |
| FORUM PURCHASING LLC.<br>2 RAVINIA DRIVE<br>SUITE 1290<br>ATLANTA, GA 30346<br>ACCOUNT NO.: 00002816<br>TRADE PAYABLES | ☐ | Prior to Petition Date | ☐ ☐ ☐ | $665 |