# **EXHIBIT B**

| | |
|---|---|
| From: | Palans, Lloyd |
| To: | Stark, Robert J. |
| Sent: | 8/19/2010 12:32:11 PM |
| Subject: | ASR Sales Process/ Energizer |

Robert,

Follow up to my voice message.

My contact info is below.

Thanks,
Lloyd

Lloyd A. Palans
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102

T (314) 259-2301
F (314) 552-8301
Email: lpalans@bryancave.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2010