# **EXHIBIT C**

| | |
|---|---|
| **From:** | Lipton, Joshua |
| **To:** | Jonas, Jeffrey L.; Stark, Robert J.; Rosenthal, Michael A. |
| **CC:** | Dash, Andrew S. |
| **Sent:** | 9/24/2010 6:08:36 PM |
| **Subject:** | RE: ASR |

Great, thanks. Speak to you then.
--Josh


Joshua Lipton
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Tel: (202) 955-8226
Fax: (202) 530-9536
jlipton@gibsondunn.com

---

**From:** Jonas, Jeffrey L. [mailto:JJonas@brownrudnick.com]
**Sent:** Friday, September 24, 2010 6:02 PM
**To:** Lipton, Joshua; Stark, Robert J.; Rosenthal, Michael A.
**Cc:** Dash, Andrew S.
**Subject:** Re: ASR

Great, please dial in to 888 255 1499 code 617 856 8577. Thx, looking forward to talking with you tomorrow.

---------------------

Jeffrey L. Jonas, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
P: 617-856-8577
F: 617-856-8201
E-mail: jjonas@brownrudnick.com

Sent from my BlackBerry Wireless Handheld

---

**From:** Lipton, Joshua [mailto:JLipton@gibsondunn.com]
**Sent:** Friday, September 24, 2010 05:49 PM
**To:** Jonas, Jeffrey L.; Stark, Robert J.; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>
**Cc:** Dash, Andrew S.
**Subject:** RE: ASR

How about 3:30 ET?

---

**From:** Jonas, Jeffrey L. [mailto:JJonas@brownrudnick.com]
**Sent:** Friday, September 24, 2010 5:47 PM
**To:** Lipton, Joshua; Stark, Robert J.; Rosenthal, Michael A.
**Cc:** Dash, Andrew S.
**Subject:** Re: ASR

Michael and Joshua, I'm still getting up to speed. Would tomorrow (Sat) sometime btwn 2:30-4:30pm work for you? If so, tell me what time and I'll circulate dial in. Thx. Jeff

----------------------

Jeffrey L. Jonas, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
P: 617-856-8577
F: 617-856-8201
E-mail: jjonas@brownrudnick.com

Sent from my BlackBerry Wireless Handheld

**From:** Lipton, Joshua [mailto:JLipton@gibsondunn.com]
**Sent:** Friday, September 24, 2010 05:42 PM
**To:** Stark, Robert J.; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Jonas, Jeffrey L.
**Cc:** Dash, Andrew S.
**Subject:** RE: ASR

Yes, I'm generally available. Just let me know what time works for you.
Thanks.
--Josh

Joshua Lipton
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Tel: (202) 955-8226
Fax: (202) 530-9536
jlipton@gibsondunn.com

**From:** Stark, Robert J. [mailto:RStark@brownrudnick.com]
**Sent:** Friday, September 24, 2010 5:38 PM
**To:** Rosenthal, Michael A.; Lipton, Joshua; Jonas, Jeffrey L.
**Cc:** Dash, Andrew S.
**Subject:** RE: ASR

Can you both coordinate over the weekend with my partner, Jeff Jonas? He is handling that part of that trial (he is copied on this email). Thanks much.

**From:** Rosenthal, Michael A. [mailto:MRosenthal@gibsondunn.com]
**Sent:** Friday, September 24, 2010 12:45 PM
**To:** Stark, Robert J.; Lipton, Joshua
**Subject:** ASR

When would be convenient to have a discussion about antitrust issues?

**Michael A. Rosenthal**
**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3969 • Fax +1 212.351.6258
MRosenthal@gibsondunn.com • www.gibsondunn.com

===============================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===============================================================================


********************************************************************************

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

********************************************************************************


===============================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===============================================================================


===============================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===============================================================================


===============================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===============================================================================

| | |
|---|---|
| **From:** | Lipton, Joshua |
| **To:** | Jonas, Jeffrey L.; Stark, Robert J.; Rosenthal, Michael A. |
| **CC:** | Dash, Andrew S. |
| **Sent:** | 9/24/2010 5:49:31 PM |
| **Subject:** | RE: ASR |

How about 3:30 ET?

---

**From:** Jonas, Jeffrey L. [mailto:JJonas@brownrudnick.com]
**Sent:** Friday, September 24, 2010 5:47 PM
**To:** Lipton, Joshua; Stark, Robert J.; Rosenthal, Michael A.
**Cc:** Dash, Andrew S.
**Subject:** Re: ASR

Michael and Joshua, I'm still getting up to speed. Would tomorrow (Sat) sometime btwn 2:30-4:30pm work for you? If so, tell me what time and I'll circulate dial in. Thx. Jeff

---

Jeffrey L. Jonas, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
P: 617-856-8577
F: 617-856-8201
E-mail: jjonas@brownrudnick.com

Sent from my BlackBerry Wireless Handheld

---

**From:** Lipton, Joshua [mailto:JLipton@gibsondunn.com]
**Sent:** Friday, September 24, 2010 05:42 PM
**To:** Stark, Robert J.; Rosenthal, Michael A. <MRosenthal@gibsondunn.com>; Jonas, Jeffrey L.
**Cc:** Dash, Andrew S.
**Subject:** RE: ASR

Yes, I'm generally available. Just let me know what time works for you.
Thanks.
--Josh

Joshua Lipton
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Tel: (202) 955-8226
Fax: (202) 530-9536
jlipton@gibsondunn.com

---

**From:** Stark, Robert J. [mailto:RStark@brownrudnick.com]
**Sent:** Friday, September 24, 2010 5:38 PM
**To:** Rosenthal, Michael A.; Lipton, Joshua; Jonas, Jeffrey L.
**Cc:** Dash, Andrew S.
**Subject:** RE: ASR

Can you both coordinate over the weekend with my partner, Jeff Jonas? He is handling that part of that trial (he is copied on this

email). Thanks much.

---

**From:** Rosenthal, Michael A. [mailto:MRosenthal@gibsondunn.com]
**Sent:** Friday, September 24, 2010 12:45 PM
**To:** Stark, Robert J.; Lipton, Joshua
**Subject:** ASR

When would be convenient to have a discussion about antitrust issues?

**Michael A. Rosenthal**
**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3969 • Fax +1 212.351.6258
MRosenthal@gibsondunn.com • www.gibsondunn.com

===========================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===========================================================================


****************************************************************************

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

****************************************************************************

===========================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===========================================================================


===========================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===========================================================================

| | |
|---|---|
| **From:** | Lipton, Joshua |
| **To:** | Stark, Robert J.; Rosenthal, Michael A.; Jonas, Jeffrey L. |
| **CC:** | Dash, Andrew S. |
| **Sent:** | 9/24/2010 5:42:44 PM |
| **Subject:** | RE: ASR |

Yes, I'm generally available. Just let me know what time works for you.
Thanks.
--Josh

Joshua Lipton
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Tel: (202) 955-8226
Fax: (202) 530-9536
jlipton@gibsondunn.com

---

**From:** Stark, Robert J. [mailto:RStark@brownrudnick.com]
**Sent:** Friday, September 24, 2010 5:38 PM
**To:** Rosenthal, Michael A.; Lipton, Joshua; Jonas, Jeffrey L.
**Cc:** Dash, Andrew S.
**Subject:** RE: ASR

Can you both coordinate over the weekend with my partner, Jeff Jonas? He is handling that part of that trial (he is copied on this email). Thanks much.

---

**From:** Rosenthal, Michael A. [mailto:MRosenthal@gibsondunn.com]
**Sent:** Friday, September 24, 2010 12:45 PM
**To:** Stark, Robert J.; Lipton, Joshua
**Subject:** ASR

When would be convenient to have a discussion about antitrust issues?

**Michael A. Rosenthal**
**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3969 • Fax +1 212.351.6258
MRosenthal@gibsondunn.com • www.gibsondunn.com

====================================================================
This message may contain confidential and privileged information. If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
====================================================================

*********************************************************************

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*********************************************************************

===============================================================================
This message may contain confidential and privileged information.  If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
===============================================================================