IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                      )    Chapter 11
                                           )
AMERICAN SAFETY RAZOR                      )    Case No. 10-12351 (MFW)
COMPANY, LLC, *et al.*,                    )
                                           )    Jointly Administered
                                           )    Re: Dkt. No. 270
                    Debtors.               )
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Marisa DeCarli, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 27th day of September, 2010 she caused a copy of the following to be served on the attached list via hand delivery on local parties, fax or overnight mail on non local parties:

- **Notice of Energizer Holdings, Inc's Continued Interest to Participate in Sale Process and to Consummate Transaction [Dkt. No. 270]**

                                      Marisa DeCarli, Paralegal
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, DE 19801
                                      (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 27th day of September, 2010.

                                      Notary Public    LESLEY A. MORRIS
                                                          Notary Public - State of Delaware
                                                           Expires April 17, 2011

| DESCRIPTION | CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| Interested Party | APOLLO INVESTMENT MANAGEMENT | GERALD J GUARDI | 9 W 57TH ST 37TH FL | | NEW YORK | NY | 10019 | 212-822-0607 | | ggirardi@apollolp.com |
| Counsel for the State of Michigan | ATTORNEY GENERAL STATE OF MICHIGAN | HEATHER L DONALD | CADILLAC PL STE 10 200 | 3030 W GRAND BLVD | DETROIT | MI | 48202 | 313-456-0140 | | Knoxh@michigan.gov |
| Counsel for the State of Michigan | ATTORNEY GENERAL STATE OF MICHIGAN | MICHAEL A COX | CADILLAC PL STE 10 200 | 3030 W GRAND BLVD | DETROIT | MI | 48202 | 313-456-0140 | | Knoxh@michigan.gov |
| Proposed Co-Counsel to Official Committee of Unsecured Creditors | BLANK ROME LLP | ALAN M ROOT | 1201 MARKET ST STE 800 | | WILMINGTON | DE | 19801 | 302-425-6400 | 302-425-6464 | root@blankrome.com |
| Proposed Co-Counsel to Official Committee of Unsecured Creditors | BLANK ROME LLP | MICHAEL B SCHAEDLE | ONE LOGAN SQ | | PHILADELPHIA | PA | 19103 | 215-569-5762 | 215-569-5555 | schaedle@blankrome.com |
| Proposed Co-Counsel to Official Committee of Unsecured Creditors | BLANK ROME LLP | MICHAEL D DEBAECKE | 1201 MARKET ST STE 800 | | WILMINGTON | DE | 19801 | 302-425-6400 | 302-425-6464 | debaecke@blankrome.com |
| Counsel for the Second-Lien Lenders | BROWN RUDNICK LLP | ANDREW DASH | 7 TIMES SQ | | NEW YORK | NY | 10036 | 212-209-4962 | 212-938-2862 | |
| Second Lien Parties | BROWN RUDNICK LLP | ROBERT STARK | 7 TIMES SQ | | NEW YORK | NY | 10036 | 212-209-4862 | 212-209-4801 | rstark@brownrudnick.com |
| Counsel for the Second-Lien Lenders | BROWN RUDNICK LLP | STEVEN D POHL | 1 FINANCIAL CTR | | BOSTON | MA | 02111-0004 | 617-856-8200 | 617-856-8201 | spohl@brownrudnick.com |
| Official Committee of Unsecured Creditors | CAUTHORNE PAPER CO | JOHN LEWIS | PO BOX 1535 | | ASHLAND | VA | 23005 | 804-798-6999 | 804-798-6466 | |
| US DOJ | DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT | 820 N FRENCH ST 6TH FL | | WILMINGTON | DE | 19801 | 302-577-8424 | 302-577-5866 | attorneygeneral@state.de.us |
| DE Secretary of State | DELAWARE SECRETARY OF THE STATE | DIVISION OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | 302-739-3073 | 302-739-5831 | DOSDOC_WEB@state.de.us |
| DE Secretary of State | DELAWARE SECRETARY OF THE STATE | DIVISION OF CORPORATIONS FRANCHISE TAX | PO BOX 7040 | | DOVER | DE | 19903 | 302-739-3073 | 302-739-5831 | statetreasurer@state.de.us |
| DE Secretary of Treasury | DELAWARE SECRETARY OF THE TREASURY | | PO BOX 898 | | DOVER | DE | 19903 | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| DE Secretary of Treasury | DELAWARE SECRETARY OF THE TREASURY | | PO BOX 7040 | | DOVER | DE | 19903 | 302-672-6700 | 302-739-5635 | |
| LOCAL COUNSEL TO DEBTORS | DRINKER BIDDLE & REATH LLP | ANDREW C KASSNER | 1100 N MARKET ST | | WILMINGTON | DE | 19801-1254 | | | |
| LOCAL COUNSEL TO DEBTORS | DRINKER BIDDLE & REATH LLP | DAVID P PRIMACK | 1100 N MARKET ST | | WILMINGTON | DE | 19801-1254 | | | |
| LOCAL COUNSEL TO DEBTORS | DRINKER BIDDLE & REATH LLP | HOWARD A COHEN | 1100 N MARKET ST | | WILMINGTON | DE | 19801-1254 | | | |
| Counsel to UBS AG Stamford Branch as Agent | DUANE MORRIS LLP | RICHARD W RILEY | 1100 N MARKET ST STE 1200 | | WILMINGTON | DE | 19801 | 302-657-4900 | 302-657-4901 | rwriley@duanemorris.com |
| Official Committee of Unsecured Creditors | ENTEC POLYMERS | CARLOS RIVERA | 1900 SUMMIT TOWER BLVD NO 900 | | ORLANDO | FL | 32810 | 407-659-5203 | 407-659-5395 | |
| Counsel to States Logistics Services Inc | GOLAN & CHRISTIE LLP | BARBARA L YONG | 70 W MADISON ST STE 1500 | | CHICAGO | IL | 60602 | 312-263-2300 | 312-263-0939 | blyong@golanchristie.com |
| Counsel to States Logistics Services Inc | GOLAN & CHRISTIE LLP | CAREN A LEDERER | 70 W MADISON ST STE 1500 | | CHICAGO | IL | 60602 | 312-263-2300 | 312-263-0939 | calederer@golanchristie.com |
| IRS | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 21126 | | PHILADELPHIA | PA | 19114-0326 | 800-913-9358 | 215-516-2015 | |
| IRS | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 11601 ROOSEVELT BLVD | MAIL DROP N781 | PHILADELPHIA | PA | 19255-0002 | | 410-962-2025 | |
| IRS | INTERNAL REVENUE SERVICE | INSOLVENCY SECTION | 31 HOPKINS PLZ RM 1150 | | BALTIMORE | MD | 21201 | 800-913-9358 | 410-962-9955 | |
| Interested Party | KLICKNER PENTAPLAST OF AMERICA INC | KATE SHOTTS | 3585 KLOCKNER RD | | GORDONSVILLE | VA | 22942 | 540-832-1523 | 540-832-1497 | k.shotts@kpfilms.com |
| CLAIMS & NOTICING AGENT | KURTZMAN CARSON CONSULTANTS LLC | TRAVIS VANDELL | 2335 ALASKA AVE | | EL SEGUNDO | CA | 90245 | | | |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | LOWENSTEIN SANDLER PC | KENNETH A ROSEN | 65 LIVINGSTON AVE | | ROSELAND | NJ | 07068-0000 | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | LOWENSTEIN SANDLER PC | SEAN E QUIGLEY | 65 LIVINGSTON AVE | | ROSELAND | NJ | 07068-0000 | 973-597-2500 | 973-597-2400 | squigley@lowenstein.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | LOWENSTEIN SANDLER PC | SHARON L LEVINE | 65 LIVINGSTON AVE | | ROSELAND | NJ | 07068-0000 | 973-597-2500 | 973-597-2400 | slevine@lowenstein.com |
| [Proposed] Counsel to the Official Committee of Unsecured Creditors | LOWENSTEIN SANDLER PC | WOJCIECH F JUNG | 65 LIVINGSTON AVE | | ROSELAND | NJ | 07068-0000 | 973-597-2500 | 973-597-2400 | wjung@lowenstein.com |
| Counsel to JPMorgan Chase Bank N.A | MAYER BROWN LLP | FREDERICK D HYMAN | 1675 BROADWAY | | NEW YORK | NY | 10019 | 212-506-2500 | 212-261-1910 | fhyman@mayerbrown.com |
| Official Committee of Unsecured Creditors | MIDWEST COLOR | LLOYD A WATT | 50 FRANCIS ST | | LEOMINSTER | MA | 01453 | 978-537-3535 | 978-537-4224 | |
| US Trustee for District of DE | OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | JANE LEAMY ESQ | 844 KING ST STE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19899-0035 | 302-573-6491 | 302-573-6497 | |
| DE AG Office | OFFICE OF THE US ATTORNEY GENERAL | JOSEPH R BIDEN III | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | WILMINGTON | DE | 19801 | 302-577-8600 | 302-577-6499 | attorneygeneral@state.de.us |
| Counsel to UBS AG Stamford Branch as Agent | PAUL HASTINGS JANOFSKY & WALKER LLP | AARON M KLIEN | PARK AVE TOWER | 75 E 55TH ST 1ST FL | NEW YORK | NY | 10022 | 212-318-6813 | 212-752-2245 | aaronkleln@paulhastings.com |
| First Lien Parties | PAUL HASTINGS JANOFSKY & WALKER LLP | JESSE AUSTIN | 600 PEACHTREE ST NE 24TH FL | | ATLANTA | GA | 30308 | 404-815-2208 | 404-685-5208 | jesseaustin@paulhastings.com |
| First Lien Parties; Counsel to UBS AG Stamford Branch as Agent | PAUL HASTINGS JANOFSKY & WALKER LLP | LESLIE PLASKON | 75 E 55TH ST 1ST FL | | NEW YORK | NY | 10022 | 212-318-6421 | 212-230-5137 | leslieplaskon@paulhastings.com |
| Pension Benefit Guaranty Corporation | PENSION BENEFIT GUARANTY CORPORATION | CASSANDRA BURTON CAVERLY | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET NW STE 340 | WASHINGTON | DC | 20005-4026 | 202-326-4020 ext 6778 | 202-326-4112 | caverly.cassandra@pbgc.gov |
| Official Committee of Unsecured Creditors | PENSION BENEFIT GUARANTY CORPORATION | CRAIG YAMAOKA | 1200 K ST NW | | WASHINGTON | DC | 20005 | 202-326-4000 | 202-842-2643 | efile@pbgc.gov |
| Counsel to Spilo Worldwide Inc | POLSINELLI SHUGHART PC | CHRISTOPHER A WARD | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 | 302-252-0920 | 302-252-0921 | cward@polsinelli.com |
| Counsel to Spilo Worldwide Inc | POLSINELLI SHUGHART PC | JUSTIN K EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 | 302-252-0920 | 302-252-0921 | jedelson@polsinelli.com |
| Official Committee of Unsecured Creditors | POLYONE CORPORATION | WOODROW W BAN | 33587 WALKER RD | | AVON LAKE | OH | 44012 | 440-930-1000 | 440-930-3830 | |
| Counsel to CVS Pharmacy Inc and Certain Affiliates | SAUL EWING LLP | MARK MINUTI ESQ | 222 DELAWARE AVE STE 1200 | PO BOX 1266 | WILMINGTON | DE | 19899 | 302-421-6840 | 302-421-5873 | mminuti@saul.com |
| SEC Headquarters | SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 26549 | 202-942-8088 | 202-772-9290 | secbankruptcy@sec.gov |
| SEC Regional Office | SECURITIES & EXCHANGE COMMISSION | ALLEN MAIZA REGIONAL DIRECTOR | 3 WORLD FINANCIAL CTR RM 4300 | | NEW YORK | NY | 10281 | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov |
| SEC Regional Office | SECURITIES & EXCHANGE COMMISSION | DANIEL M HAWKE REGIONAL DIR | THE MELLON INDEPENDENCE CTR | 701 MARKET ST | PHILADELPHIA | PA | 19106-1532 | 215-597-3100 | 215-597-3194 | secbankruptcy@sec.gov |
| COUNSEL TO DEBTORS | SIMPSON THACHER & BARTLETT LLP | ANDRE GRAY | 425 LEXINGTON AVE | | NEW YORK | NY | 10017-3954 | | | |
| COUNSEL TO DEBTORS | SIMPSON THACHER & BARTLETT LLP | MORRIS MASSEL | 425 LEXINGTON AVE | | NEW YORK | NY | 10017-3854 | | | |
| Mezz Parties | STUTMAN TREISTER & GLATT | ISSAC PACHULSKI | 1901 AVE OF THE STARS 12TH FL | | LOS ANGELES | CA | 90067 | 310-228-5655 | 310-228-5788 | IPachulski@sjutman.com |
| Official Committee of Unsecured Creditors | TOTAL PETROCHEMICALS USA INC | JOEL ANDERSON | 1201 LOUISIANA STE 1800 | | HOUSTON | TX | 77002 | 713-483-5277 | 713-483-5759 | joel_anderson@total.com |
| US Attorneys Office | US ATTORNEY'S OFFICE | ELLEN SLIGHTS | 1007 ORANGE ST STE 700 | PO BOX 2046 | WILMINGTON | DE | 19899-2046 | 302-573-6277 | 302-573-6220 | EllenSlights@usdoj.gov |
| Counsel for the Second-Lien Lenders | WOMBLE CARLYLE SANDRIDGE & RICE PLLC | MATTHEW P WARD | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 | 302-252-4320 | 302-252-4330 | maward@wcsr.com |
| Counsel for the Second-Lien Lenders | WOMBLE CARLYLE SANDRIDGE & RICE PLLC | STEVEN K KORTANEK | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 | 302-252-4320 | 302-252-4330 | skortanek@wcsr.com |