United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| American Safety Razor Company, LLC, et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-12351 |
| Debtor | } Amount **$48,643.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**UDDEHOLM STEEL CORP**
**3052 INTERSTATE PKWY**
**BRUNSWICK, OH 44212**

The transfer of your claim as shown above in the amount of **$48,643.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3170294

## TRANSFER NOTICE

Uddeholm Steel Corp ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **American Safety Razor Company, LLC, et al.** (the "Debtor"), in the aggregate amount of $50,806.46 (your claim amount), representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 10-12351.

IN WITNESS WHEREOF, Assignor has signed below as of the 31ST day of AUGUST, 2010

Uddeholm Steel Corp

X [signature]
(Signature)

X Stephen A. Lawler / Director of Finance
(Print Name and Title)

[signature]

Liquidity Solutions, Inc.
Michael Handler

American Safety Razor Company, LLC, et al.
Uddeholm Steel Corp

3170294