# SIGN-IN SHEET

**CASE NAME:** American Safety Razor Company  **COURTROOM NUMBER:** 4

**CASE NUMBER:** 10-12351 (MFW)  **DATE:** 9/28/10 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Collins | Richards Layton + Finger | Energizer Holdings |
| Lloyd Palans | Bryan Cave | " |
| Greg Willard | " | " |
| Joshua Lipton | Gibson Dunn | " |
| Andrew Rosenthal | Drinker Biddle + Reath | Debtors |
| Howard A. Cohen | " | " |
| Matt Thompson | Simpson Thacher + Bartlett | " |
| Mary Beth Forshaw | " | " |
| Linda Martin | " | " |
| Joseph Tringali | " | " |
| Morris Massel | " | " |
| Jared Ellias | Brown Rudnick | " |
| Jeff Jonas | " | Secnd Lien Lenders |
| Kerry Quinn | | |
| Zack Firestone | | |
| Steve Eastout | Blank Rome | |
| Alan Hilf | Wortle Carlyle | UCC |
| Sharon Levine | Lowenstein Sandler LLC | Creditors |
| Louis (?) Youngs | " | " |
| Sean Pumphos (?) | " | " |

# SIGN-IN SHEET

CASE NAME: American Safety Razor  
CASE NUMBER: 10-1035 (MFW)  
COURTROOM NUMBER: 4  
DATE: 9/28/2010

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan Goldman | Paul Hastings | UBS, Admin. Agent for 1st Lien |
| Jessa Austin | Paul Hastings | '' |
| Richard Riley | Duane Morris | '' |
| Jane Leamy | US Trustee Office | US Trustee |

Court Conference
Calendar Date: 09/28/2010
Calendar Time: 10:30 AM ET

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

Amended Calendar 09/28/2010 06:41 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3767911 | Andreas Andromalos | (617) 856-8229 Brown Rudnick LLP | Creditor, Blackrock Kelso Capital Corporation / LIVE |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3766570 | Courtney Carson | (302) 657-4900 Soros Fund Management | Creditor, UBS AG Stamford Branch / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3766477 | Pamela Corrie | (302) 778-7500 General Electric Capital Corporation | Creditor, UBS AG, Stamford Branch, as agent / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3767892 | Andrew Dash | 212-209-4811 Brown Rudnick LLP | Creditor, Blackrock Kelso Capital Corporation / LIVE |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3767511 | Neel Doshi | (203) 719-8723 UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3766516 | Matthew Ford | (415) 421-2132 ext. 00 Farallon Capital Management | Creditor, UBS AG Stamford Branch / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3769217 | Tibita P. Kaneene | (212) 500-1383 DebtWire | Interested Party, Tibita P. Kaneene / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3770706 | Russell Mason | (214) 665-8609 Houlihan Lokey | Creditor, UBSAG (Stamford Branch) / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3766487 | Scott Renzulli | (203) 956-4438 General Electric | Creditor, UBS AG, Stamford Branch, as agent / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3764640 | Peter Ruggero | (713) 547-2649 Haynes and Boone, LLP | Creditor, Total Petro Chemicals USA, Inc. / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3770647 | Terry Sanders | (212) 455-7624 Simpson Thacher & Bartlett | Debtor, American Safety Razor / LIVE |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3768086 | Michael C. Scott | 212-703-2133 Venor Capital | Creditor, Venor Capital / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3766493 | Sean Sheehan | (203) 326-6890 Aladdin Credit Partners LLC | Creditor, UBS AG Stamford Branch / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| American Safety Razor Company, LLC | 10-12351 | Hearing | 3766499 | Kristine Shryock | (212) 821-3678 | UBS Investment Bank | Creditor, UBS AG Stanford Branch / LISTEN ONLY |
| American Safety Razor Company, LLC | 10-12351 | Hearing | 3767900 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Blackrock Kelso Capital Corporation / LIVE |