**CASE NAME:** American Safety Razor Company

**CASE NUMBER:** 10-12251 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** 9/29/10 at 9:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard A. Cohen | Drinker Biddle + Reath | Debtors |
| Mark Thompson | Simpson Thacher | " |
| Mary Beth Forshaw | " | " |
| Linda Martin | " | " |
| Joseph Triñise | " | " |
| Moffii Maufi | " | " |
| Mark Collins | Richards Layton | Energizev |
| Lloyd Polans | Bryan Cave | " |
| Greg Willard | " | " |
| Joshua Lipton | Gibson Dunn | " |
| Aaron M. Clew | Paul Hastings | " |
| Jesse H. Austin III | " | UCC |
| Dan B. Gilldnnlu | " | " |
| Alan Root | Blank Rome | UCC |
| Sharon L. Levine | Lowenstein Sandler PC | Commun-ttee |
| Legiech F. Young | " | " |
| Sesn Quigley | " | " |
| Richard Rilkoy | Duane Morris | UBS Ag, Stamford Branch |

**CASE NAME:** American Safety Razor Company

**CASE NUMBER:** 10-12351 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** 9/29/10 at 9:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert J. Stark | Brown Rudnick LLP | Second Lien Lender |
| Andrew S. Dash | " " " | " " " |
| Jared Ellias | " " | " " " |
| Steve K. Kortanek | Womble Carlyle | " " " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: 09/29/2010
Calendar Time: 09:30 AM ET

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Mary F. Walrath
### #4

*Amended Calendar 09/29/2010 06:31 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773570 | Andreas Andromalos | (617) 856-8229 | Brown Rudnick LLP | Creditor, Blackrock Kelso Capital Corporation / LIVE |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773573 | Scott Booth | (212) 810-5784 | Blackrock Kelso | Representing, Second Lien Lender / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773482 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773263 | Pamela Corrie | (302) 778-7500 | General Electric Capital Corporation | Creditor, UBS AG, Stamford Branch, as agent / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3772741 | Matthew Ford | (415) 421-2132 ext. 00 | Farallon Capital Management | Creditor, UBS AG Stamford Branch / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773463 | Matthew Hoffman | 914-225-0407 | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773500 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773530 | Frank Layson | (404) 815-2206 | Paul, Hastings, Janofsky & Walker | Creditor, UBS AG, Stamford Branch, as agent / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773300 | Russell Mason | (214) 665-8609 | Houlihan Lokey | Creditor, UBSAG (Stamford Branch) / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773582 | Jason Mehring | (212) 810-5784 | Blackrock Kelso | Representing, Second Lien Lender / LIVE |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773579 | Larry Paredes | (212) 810-5784 | Blackrock Kelso | Representing, Second Lien Lender / LIVE |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773290 | Scott Renzulli | (203) 956-4438 | General Electric | Creditor, UBS AG Stamford Branch, as agent / LISTEN ONLY |
| | | American Safety Razor Company, LLC | 10-12351 | Hearing | 3773449 | Terry Sanders | (212) 455-7624 | Simpson Thacher & Bartlett | Debtor, American Safety Razor / LISTEN ONLY |

| American Safety Razor Company, LLC | 10-12351 | Hearing | 3773583 | Michael C. Scott | 212-703-2133 | Venor Capital | Creditor, Venor Capital / LISTEN ONLY |
| American Safety Razor Company, LLC | 10-12351 | Hearing | 3773251 | Sean Sheehan | (203) 326-6890 | Aladdin Credit Partners LLC | Creditor, UBS AG Stamford Branch / LISTEN ONLY |
| American Safety Razor Company, LLC | 10-12351 | Hearing | 3773271 | Kristine Shryock | (212) 821-3678 | UBS Investment Bank | Creditor, UBS AG Stamford Branch / LISTEN ONLY |
| American Safety Razor Company, LLC | 10-12351 | Hearing | 3773525 | Peter Wikander | (203) 956-4438 | General Electric | Creditor, UBS AG, Stamford Branch, as agent / LISTEN ONLY |