# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Safety Razor Company, LLC
240 Cedar Knolls Road          **Chapter:** 11
Cedar Knolls, NJ 07927
 **EIN:** 54–1050207

*Case No*.: 10–12351–MFW

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 9/28/2010 was filed on 10/1/2010 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/22/2010 .

If a request for redaction is filed, the redacted transcript is due 11/1/2010 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/30/2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 10/1/10

(ntc)