# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x

In re                                                )
                                                     )   Chapter 11
AMERICAN SAFETY                                      )
RAZOR COMPANY, LLC, et al.,[1]                       )   Case No. 10-12351 (MFW)
                                                     )
            Debtors.                                 )   Jointly Administered

--------------------------------------------------------x

## *AMENDED*[2] NOTICE OF AGENDA OF MATTERS
## <u>SCHEDULED FOR HEARING ON OCTOBER 8, 2010 AT 12:00 P.M.</u>

## MATTERS GOING FORWARD

1.  Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed 07/28/10; Docket No. 28);

    <u>Related Documents:</u>

    a.  Notice of Hearing re: Debtors' Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed 08/02/10; Docket No. 63);

    b.  Certificate of Publication (Filed 09/13/10; Docket No. 207);

---

[1]  The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: American Safety Razor Company, LLC (0207), American Safety Razor Corporation (5475), ASR Holdings, Inc. (6509), Blade Acquisition Company (2053), Industrias Manufactureras ASR de Puerto Rico, Inc. (4894), Megas Beauty Care, Inc. (0321), Megas de Puerto Rico, Inc. (3065), Personna International de Puerto Rico, Inc. (0814), RSA Holdings Corp. of Delaware (3029), RSA Soap Company, Inc. (7635), and Valley Park Realty, Inc. (3691). The following entities are non-debtor foreign affiliates of the Debtors: American Safety Razor Australia Pty Limited; American Safety Razor do Brasil Ltda.; American Safety Razor of Canada Limited; ASR Exportacao, Importacao, Comercio e Industria de Produtos de Barbear Ltda; Personna International CZ s.r.o.; Personna International de Mexico, S.A. de C.V.; Personna International Israel Ltd.; Personna International Limited; Personna International UK Limited; Personna International UK Ltd; and Wolco Holland BV. The corporate address of American Safety Razor Company, LLC is 240 Cedar Knolls Road, Cedar Knolls, NJ 07927.

2    Amended items appear in bold.

c.      Order Filed Under Seal Objection of the Second-Lien Lenders to the Debtor's Sale Motion, and Emergency Cross Motion Requesting (I) Authority to Commence and Investigation of the Debtor's Auction Process, (II) Appointment of an Examiner: and/or Appointment of a Chapter 11 Trustee (Filed 09/23/10; Docket No. 259);

c (1)   (FILED UNDER SEAL) Debtors' Reply to Objection of the Second-Lien Lenders to the Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed 09/27/10; Docket No. 267);

c (2)   Debtors' Motion to File Debtors' Reply to Objection of the Second-Lien Lenders to the Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors'74 Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Under Seal and to Shorten Notice With Respect to Same (Filed 09/27/10; Docket No. 268);

c (3)   Notice of Energizer Holdings, Inc.'s Continued Interest to Participate in Sale Process and to Consummate Transaction (Filed 09/27/10; Docket No. 270);

c (4)   Order Permitting the Second-Lien Lenders to File Temporarily Under Seal the Supplement to Objection of the Second-Lien Lenders to the Debtors Sale Motion, and Cross-Motion Requesting: (I) Authority to Commence an Investigation of the Debtors Auction Process Pursuant to Bankruptcy Rule 2004; (II) Appointment of an Examiner; and/or (III) Appointment of a Chapter 11 Trustee (Filed 09/27/10; Docket No. 283);

c (5)   Order Granting Debtors' Motion to File Debtors' Reply to Objection of the Second-Lien Lenders to the Motion, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Under Seal and Shortening Notice With Respect to Same (Filed 09/27/10; Docket No. 285);

c (6)     Reply to Notice of Energizer Holdings, Inc.'s Continued Interest to Participate in Sale Process and to Consummate Transaction (Filed 09/27/10; Docket No. 288);

c (7)     Order Establishing Revised Bid and Auction Procedures and Adjourning the Sale Hearing (Filed 10/06/10; Docket No. 320);

**c (8)     Notice of Filing of Energizer Holdings, Inc.'s Revised Bid (Filed 10/07/10; Docket No. 329);**
***[Already delivered to Court, not included in binder.]***

**c (9)     Notice of Filing Of Proposed Second Amended And Restated Asset Purchase Agreement In Connection With Stalking Horse Bid (Filed 10/07/10; Docket No. 330);**
***[Already delivered to Court, not included in binder.]***

**c (10)   Affidavit of Daniel J. Sescleifer with Respect to Debtors' Motion for Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, and Encumbrances and Other Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (C) Granting Related Relief (Filed 10/08/10; Docket No. 334);**

**c (11)   Supplemental Statement of the Official Committee of Unsecured Creditors in Response to the Debtors' Motion to Sell Substantially All of Their Assets (Filed 10/08/10; Docket No. 335);**

Response Deadline:   September 15, 2010 at 4:00 p.m.  The Pension Benefit Guaranty Corporation and the Official Committee of Unsecured Creditors were granted an extension through noon on September 24, 2010.

Responses Received:

d.        (FILED UNDER SEAL) Objection of the Second-Lien Lenders to the Debtors' Sale Motion, and Emergency Cross-Motion Requesting: (I)Authority to Commence an Investigation of the Debtors' Auction Process (II)Appointment of an Examiner; and/or (III)Appointment of a Chapter 11 Trustee (Filed 09/22/10; Docket No. 249);

e.        Reservation of Rights and Limited Response of Pension Benefit Guaranty Corporation to the Debtors' Motion for an Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (Filed 09/23/10; Docket No. 253);

f.    Motion by the Second-Lien Lenders Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 Permitting the Second-Lien Lenders to File Temporarily Under Seal the Supplement to Objection of the Second-Lien Lenders to the Debtors Sale Motion, and Cross-Motion Requesting: (I) Authority to Commence an Investigation of the Debtors Auction Process Pursuant to Bankruptcy Rule 2004; (II) Appointment of an Examiner; and/or (III) Appointment of a Chapter 11 Trustee (Filed 09/24/10; Docket No. 263)**;**

g.    Response (FILED UNDER SEAL) First Lien Agents and DIP Agents Response to the Second-Lien Lenders Objection to the Debtors Sale Motion and Cross-Motion Requesting: (I) Authority to Commence an Investigation of the Debtors Auction Process; (II) Appointment of an Examiner; and/or (III) Appointment of a Chapter Trustee (Filed 09/27/10; Docket No. 271);

h.    Motion to File Under Seal Motion to File First Lien Agents and DIP Agents Response to the Second-Lien Lenders Objection to the Debtors Sale Motion and Cross-Motion Requesting: (I) Authority to Commence an Investigation of the Debtors Auction Process; (II) Appointment of an Examiner; and/or (III) Appointment of a Chapter Trustee Under Seal and to Shorten Notice With Respect to Same (Filed 09/27/10; Docket No. 274);

i.    (FILED UNDER SEAL) Statement of the Official Committee of Unsecured Creditors in Response to the Debtors' Motion to Sell Substantially All of Their Assets (Filed 09/27/10; Docket No. 275);

j.    Motion to File Under Seal the Statement of the Official Committee of Unsecured Creditors in Response to the Debtors' Motion to Sell Substantially All of Their Assets (Filed 09/27/10; Docket No. 276).

<u>Status:</u>  The Court will conduct an auction at 12:00 noon. At the conclusion of the auction, the hearing on the sale motion will go forward.

Dated: October 8, 2010        **DRINKER BIDDLE & REATH LLP**
       Wilmington, Delaware

                        /s/  Howard A. Cohen
                        Andrew C. Kassner (DE 4507)
                        Howard A. Cohen (DE 4082)
                        1100 N. Market Street, Suite 1000
                        Wilmington, DE 19801
                        Telephone: (302) 467-4200
                        Facsimile: (302) 467-4201

– and –

Mark Thompson (admitted *pro hac vice*)
Morris J. Massel (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for the Debtors and*
*Debtors in Possession*