IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                              ) Chapter 11
                                                   )
OLD RAZOR COMPANY, LLC (f/k/a                      ) Case No. 10-12351 (MFW)
American Safety Razor Company, LLC),               )
et al.,[1]                                         ) Jointly Administered
                                                   )
        Debtors.                                   ) Re: Docket No. 701
---------------------------------------------------------x

## ORDER GRANTING DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 305, 349 AND 1112(b) OF THE BANKRUPTCY CODE DISMISSING DEBTORS' CHAPTER 11 CASES

Upon consideration of the *Debtors' Motion for an Order Pursuant to Sections 305, 349 and 1112(b) of the Bankruptcy Code Dismissing Debtors' Chapter 11 Cases*, filed on April 20, 2011 (the "Motion") [Docket No. 701]; and it appearing that the approval of the Motion and the relief requested therein is fair, reasonable, and in the best interests of the Debtors'[2] estates, their creditors and other parties in interest; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Old Razor Company, LLC (0207), Old Razor Corporation (5475), Old Razor Holdings, Inc. (6509), Blade Acquisition Company (2053), Industrias Manufactureras ASR de Puerto Rico, Inc. (4894), Old Razor Beauty Care, Inc. (0321), Megas de Puerto Rico, Inc. (3065), Old Razor I de Puerto Rico, Inc. (0814), RSA Holdings Corp. of Delaware (3029), Old Razor Soap Company, Inc. (7635), and Old Razor Realty, Inc. (3691). The corporate address of Old Razor Company, LLC is 240 Cedar Knolls Road, Cedar Knolls, NJ 07927.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. Pursuant to sections 305(a) and 1112(b) of the Bankruptcy Code, the Debtors' chapter 11 cases are dismissed effective ~~upon the Court's adjudication of the final fee applications of the professionals retained in these case~~ June 24, 2011 ("Effective Date").

3. The Debtors are hereby deemed dissolved without any further action required by the Debtor, including the filing of any documents with the Secretaries of State for the states in which each of the Debtors are incorporated, or any other office in any jurisdiction; <u>provided</u>, however, that the Debtors (and their counsel) shall have the authority, but are not required, to take all actions to effect such dissolution and withdraw the Debtor from any applicable state, and that all persons or entities including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, and federal, state and local officials, shall accept, file, register, record, or release any documents at the direction of the Debtors in order to dissolve the Debtors withdraw the Debtors from any applicable state.

4. Counsel for the Debtors are hereby authorized to take all steps appropriate and necessary to dissolve the Debtors prior to and after the Effective Date.

5. Notwithstanding section 349 of the Bankruptcy Code, all orders of the Court entered in these chapter 11 cases (other than the *Final Order Establishing Notification and Hearing Procedures for Transfers of Equity Interests in the Debtors*, dated August 23, 2010 [Docket No. 128]) shall survive the dismissal of these chapter 11 cases.

6. Within 14 days following the entry of this Order, the Debtors' court-appointed claims and noticing agent, Kurtzman Carson Consultants LLC ("<u>KCC</u>") shall provide the Clerk of Court with the following:

(a) an updated list of creditors with respect to the Debtors' chapter 11 cases in ".txt" format as specified in the Clerk's Office Instructions and Guidelines;

(b) an updated notice list for the purposes of Federal Rule of Bankruptcy Procedure 2002 with respect to the Debtors' chapter 11 cases in ".txt" format;

(c) an updated claims register with respect to the Debtors' chapter 11 cases in both paper and ".pdf" format; and

(d) all original proofs of claim filed in the Debtors' chapter 11 cases.

7. Upon compliance with the preceding paragraph of this order, KCC is released and discharged from any and all responsibilities in the Debtors' chapter 11 cases.

8. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of any order of this Court entered in these chapter 11 cases.

Dated: June 30, 2011
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE